**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case Number: _____
Magistrate Judge _____

MARION WALLACE BRANTLEY JR.,
ROGER L. MILLER, ARTHUR TOWNES,
CATHY SANTIAGO, CELORADINE J. LETBETTER,
YVETTE CARTAGENA-RIVERA,
DANIEL VOTAVA, WILLIAM ANTHONY CARRIER,
MEKHAEL SAMIR DAHDAH,
GORDON EUGENE PUCKETT, LISA ANN BURRIS,
DIEULYS CHRISTOPHE, KEVIN STROM,
MARIA E. HERNANDEZ,
MARGUERITE CAMILLE SACCONE-BERNARD,
PREMARIE L. SUMLER, SCOTT GERMAN,
JACOB CROSBOURNE, PATRICIA J. RAPP,
MARIZABEL REBOYDA GONZALEZ,
ANTHONY GREEN, BRIDGIT LISA BROWN,
DAMON MILLER, CYNTHIA M. HARRIS,
KURT EDWARD ZEMKE, WILLIAM ALLEN,
JIMMIE E. EVERETTS, BENNA BURNEO,
BILL CHARLES TIBADO, CHRISTOPHER P. HOWARD,
DIANE JENNER, JOSEPH LECHNER HALE,
ROSEMARIE JEAN-LOUIS, TERRALE S. MCRAE,
ANNETTE MARIE BAKER, DEWAYNE EDDIE JAYROE,
LINDA MAE WELLING, CARRIE JEAN HAYS,
CONNIE S. STOVALL, CHERYL ANN COLLINS,
WANDA L. BUCKNOR, ROBERT SANDAHL,
ROBERT D. DAVIS JR., BRIAN RICHARD WHIDDON,
KATHY ANN CONCEPCION,
CHESTER JOSEPH DAVIS, RANDELL L. THOMAS,
WANDA M. BERK, DAVID GERALD FRANCE,
JAMES PETER DEMERS III, CHRISTOPHER BORDER,
BEVERLY A. WHITTEMORE,
MICHAEL CRANE FUENTES SR., SHARMA EUBANKS,
DENISE BILLIE OBASI, LEO DANGLEBEN,
ROLANDO BEJARANO, CARL UNDERWOOD,
WILLIE CLARK, LOIDA E. GRAHAM,
DOROTHY DALE BELL, WILLIAM R. HIGBEE,
GEORGE COUILLARD, JAMES EDWARD HUGHES,
CAROLYN ANN ANTHONY, VIVICA RAY,
RICKEY RIDDICK, LATONIA JOHNSON-TURNER,
JAMES WATERMAN, RONALD MAYHEW,
KAREN VICHICH, LISA DIANE CARR,

STEPHEN JONES, DENNIS K. MCDONALD,
RICHARD ROEDELL, ELAINE WHITTEN ONESTO,
WARREN H. FEENER, JAMES CRABTREE,
LINDA G. BEYER, BILLY JACK CHAMBERS,
BARBARA F. MCNEIL, JOHN FONKIN JR.,
ANDREA I. WILLIAMS, DANIEL J. MCARDLE,
SUSAN F. LAPELLA, CORY SHANE JONES,
RAYMOND F. CICH, DOROTHY LOUVONE JOHNSON,
BONITA EMMA BARR, CHARITA O. DAVIS,
BRUCE COLLINS JR., SHAQUILLA LAQUAN BRUTON,
FLOYD CHARLES ROLOFF,
SHANAULDREA LATRELL MORLEY,
DAVID LEE MCGHEE, JOANNA JONES,
CAMILLE MARIE EARP, ALMA LUZ RODRIGUEZ,
YERY SANZ, LILIA OTERO,
CRYSTAL LADINA KITCHENS,
PATRICIA BENITEZ, CHRISTINE CALAFELL ROJAS,
KRISTIN H. SHORT, RALPH GUERRERO JR.,
DIANA VETTER, TYRONE EDWARDS,
JOHN ANTHONY SANTIAGO,
CARLOS E. WILSON JR., ROSE APPLETON,
LEONNE FLEURIER-THEAGENE,
WENDELL CRAIG VAUGHN, DAVID PETER FATICONE,
DENISE PEREZ, ERWIN A. WILKINSON,
MICHAEL WEBB, LUZ E. MERCADO,
LANTAYA MICHELLE GRIGGS,
DAVID LOWREY, EMERY ANTHONY TOLBERT,
JOSEPH SNEDDON, LISA CONLEY,
MELANIE L. WILLETTE, SARAH COLLINS,
MARTHA S. MCKELVAIN, REMONA F. GILLIAND,
KIMBLY LETESHA LEGRANT, MARK LEE ADAMS,
SUSAN COOKE AMLASHI, IRENE BILLINGSLEY NEELEY,
JUNE C. MORENO, TIMOTHY TATE,
JOSEPH CHAMBLIN FLOCK III,
QUOVARDIS F. JACKSON, AMISHI BHAGAWAT PATEL,
JON K. BALDWIN, JESSICA M. SHIRKEY,
MELYNDA J. BROWN, TOMMY JAMES ODORE,
BETTY BARRONTINE, DIANNE MCWHORTER,
CAROLYN ROBINSON, ORA ELAINE LEWIS,
CHARLIE FRANK EVANS, JAMES MICHAEL RADFORD,
EBONY LATRESE ELLISON, LOUIS ELVIN GEORGE,
DRAGICA DOKIC-VUKOJEVIC,
ALLENE WILLIAMS-JENKINS, TRACY LAWRENCE HAND,
ADOLPH DAVIDSON, STEVEN RAY WOLFORD,
EDGAR WAYNE WHITFIELD,
STEPHEN THOMAS KRILLA, HARRIET REYES,

2

WANCHELLA WYCHE-MOORE,
KENNETH EDWARD ARNOLD, SHEILA YOST,
HARRIS J. LEDET JR., SUSAN A. OWENS,
KAREN ARTHUR, ALTON PERCY,
 RACHAEL BROWN,
KENDRICK L. RICHARDSON,
ANDREA HOLCOMB CREWS,
ROSHAWNDA LATESE BROWN,
MARGARET T. MULLEN, ROBERT LEE MCGILL,
WARDELL BRITT VANBUREN, MARY K. KNUPP,
THOMAS W. MORRISON III, DAVID MITCHELL,
MICHAEL ANDERSON, TOMMIE LEE MAY,
CHARLES EDWARD BEATTY, QUAID NIGEL CARR,
JAMES ANTHONY DESGRO, PATRICIA FORESMAN,
GLENDA ANNETTE RODRIGUEZ,
DORIS JOHANNA HERLIHY,
WILLIAM EVERETT DEFFENDALL,
JEFFREY CUNNINGHAM, LUIS M. MONSALVE,
JUDITH CAROL LEONARD, FLORENCE CHALSSAINT,
KIMBERLY A. LIOTTA, ROGER PROVUS,
 FELIKS ODESSKY,
ESTER PALAU, AUDREY BAROODY,
CHARMAINE LATRICE DAVIS,
PATSHAWNDRIA ANBRIA IVEY,
MARKELY J. BLOT,
ERNESTINE MILLER, ELAINE LILES,
KATIA RICO CANCINO,
GUADALUPE GUARIN, RAFAEL ARCANGEL PEREZ,
DORIS DAVILA, LARRY BERNARD EVANS,
EVELYN ORTIZ, REBECCA ANN GREEN,
JIMMY SALADRIGAS, RODRICK BURGESS,
DIANNE C. WORTHY, WILLIAM L. ROBINSON,
PAUL L. ABBOTT, CLYDE BRENT ROBERTS,
JORGE LUIS SANCHEZ, JUAN GARCIA VALDEZ,
FLORENCE A. FLEMMING,
EMMA DEL-SOCORRO GARCIA,
JAMES DAVID EIKENBERRY, IVONNE YANES,
LAUBETTE A. YAEGER, YARELYS TRUJILLO,
MARIA M. RODRIGUEZ, EDUARDO MANES,
JODY LYNN PRESS, MELINDA THEMM,
TRISTAN MICHAEL ARDREY, ESPERANZA BULLARD,
JAMES ALVIN CLARK JR., MARY ELIZABETH STREITZ,
ANGELA G. GREENMAN, MARION ELIZABETH ADAIR,
BRENDA MATA JACKSON SANDERS,
JULIA ERNESTINE MACK, CHERNARD DUVAL,
MARVA RICHARDSON, JEFFREY GREENBERG,

3

REGINA YVETTE YOUNG, CAMERAN AUSTIN JONES,
AMY B. HUFFMASTER,
SUSANNAH M. BULTRON CLAUDIO,
MARY RUTH HETZEL, ANA H. BORRERO RIVERO,
HERTA LUCY LAYTON, ALPHONZO JENKINS,
EMELIA KATHLEEN MONZON, LEAH D. GLASS,
DAVID GREEN, ALEXANDER GEORGE HARRINGTON,
ROLAND M. DYER JR., ROBERT GIBSON,
ANN L. PRIZZI, NANCY KELLEY, WANDA DURON,
JEFFERY JOHN KOENIG, CHARLES EUGENE JOHNSON,
LINDA GATLIN, CARL EDWARD CHOICE,
TAMARA BROWN, ALPHONSO CARTEZ GRESHAM,
PAUL DUANE ROBINSON, ASIM MENOMINI MCCLESTER,
PAMELA JEAN NEWTON, JAMES H. HOLMES,
MICHAEL DENNIS LONG,
DAVID LAWRENCE CROUSE,
ANTHONY DESANTIS, CHRISTOPHER R. SHIRMO,
KEVIN A. MORRIS, CAROLE ANNE ROSS,
LINDA C. WILLIAMSON, JOHN ARVY BIRON,
GAIL SYKES-HINDS, JACOB RONNIE WILSON,
FRED COURNOYER, GRANT EVAN HOLZMAN,
TERESA F. CAMM, SUSIE DENISE STEVENS,
ROBERT GRAVEL MASON, ROBERT G. PRICE,
MARIE A. CAMPANY, MARK ALAN SPENCELEY II,
WILLIAM J. BOWLES, DONNA LEE JOHNSON,
LEONA GENEVA TABORS, WILLIAM RAY WALKER,
SONIA STRAUBEL, EDGAR HERRERA,
ENRIQUE SANTIAGO, LATOYA T. LAWTON,
PATSY F. CHENNIS, JOANN M. WIGGINS,
DWAN ANTIONETTE PRICE, ODALYS BANEGAS,
JAMES CAMPBELL, JOHNNY MOSES,
AUDREY L. MACK, JENNIFER S. COOPER,
ESSIE LEE ISOM, YOLANDA BRANDY,
LILIAN YOUNG, LYCRA SHARLAIN PITTS,
SHARON JOHNSON, JULIA JACKSON,
SUCRE A. JEREZ and LEVON HARRIS JR.

   Petitioners,

   vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

   Respondent.

4

## PETITION FOR WRIT OF MANDAMUS

COME NOW the Petitioners, MARION WALLACE BRANTLEY JR., ROGER L. MILLER, ARTHUR TOWNES, CATHY SANTIAGO, CELORADINE J. LETBETTER, YVETTE CARTAGENA-RIVERA, DANIEL VOTAVA, WILLIAM ANTHONY CARRIER, MEKHAEL SAMIR DAHDAH, GORDON EUGENE PUCKETT, LISA ANN BURRIS, DIEULYS CHRISTOPHE, KEVIN STROM, MARIA E. HERNANDEZ, MARGUERITE CAMILLE SACCONE-BERNARD, PREMARIE L. SUMLER, SCOTT GERMAN, JACOB CROSBOURNE, PATRICIA J. RAPP, MARIZABEL REBOYDA GONZALEZ, ANTHONY GREEN, BRIDGIT LISA BROWN, DAMON MILLER, CYNTHIA M. HARRIS, KURT EDWARD ZEMKE, WILLIAM ALLEN, JIMMIE E. EVERETTS, BENNA BURNEO, BILL CHARLES TIBADO, CHRISTOPHER P. HOWARD, DIANE JENNER, JOSEPH LECHNER HALE, ROSEMARIE JEAN-LOUIS, TERRALE S. MCRAE, ANNETTE MARIE BAKER, DEWAYNE EDDIE JAYROE, LINDA MAE WELLING, CARRIE JEAN HAYS, CONNIE S. STOVALL, CHERYL ANN COLLINS, WANDA L. BUCKNOR, ROBERT SANDAHL, ROBERT D. DAVIS JR., BRIAN RICHARD WHIDDON, KATHY ANN CONCEPCION, CHESTER JOSEPH DAVIS, RANDELL L. THOMAS, WANDA M. BERK, DAVID GERALD FRANCE, JAMES PETER DEMERS III, CHRISTOPHER BORDER, BEVERLY A. WHITTEMORE, MICHAEL CRANE FUENTES SR., SHARMA EUBANKS, DENISE BILLIE OBASI, LEO DANGLEBEN, ROLANDO BEJARANO, CARL UNDERWOOD, WILLIE CLARK, LOIDA E. GRAHAM, DOROTHY DALE BELL, WILLIAM R. HIGBEE, GEORGE COUILLARD, JAMES EDWARD HUGHES, CAROLYN ANN ANTHONY, VIVICA RAY, RICKEY RIDDICK, LATONIA JOHNSON-TURNER, JAMES WATERMAN, RONALD MAYHEW, KAREN VICHICH, LISA DIANE CARR, STEPHEN JONES, DENNIS K.

MCDONALD, RICHARD ROEDELL, ELAINE WHITTEN ONESTO, WARREN H. FEENER, JAMES CRABTREE, LINDA G. BEYER, BILLY JACK CHAMBERS, BARBARA F. MCNEIL, JOHN FONKIN JR., ANDREA I. WILLIAMS, DANIEL J. MCARDLE, SUSAN F. LAPELLA, CORY SHANE JONES, RAYMOND F. CICH, DOROTHY LOUVONE JOHNSON, BONITA EMMA BARR, CHARITA O. DAVIS, BRUCE COLLINS JR., SHAQUILLA LAQUAN BRUTON, FLOYD CHARLES ROLOFF, SHANAULDREA LATRELL MORLEY, DAVID LEE MCGHEE, JOANNA JONES, CAMILLE MARIE EARP, ALMA LUZ RODRIGUEZ, YERY SANZ, LILIA OTERO, CRYSTAL LADINA KITCHENS, PATRICIA BENITEZ, CHRISTINE CALAFELL ROJAS, KRISTIN H. SHORT, RALPH GUERRERO JR., DIANA VETTER, TYRONE EDWARDS, JOHN ANTHONY SANTIAGO, CARLOS E. WILSON JR., ROSE APPLETON, LEONNE FLEURIER-THEAGENE, WENDELL CRAIG VAUGHN, DAVID PETER FATICONE, DENISE PEREZ, ERWIN A. WILKINSON, MICHAEL WEBB, LUZ E. MERCADO, LANTAYA MICHELLE GRIGGS, DAVID LOWREY, EMERY ANTHONY TOLBERT, JOSEPH SNEDDON, LISA CONLEY, MELANIE L. WILLETTE, SARAH COLLINS, MARTHA S. MCKELVAIN, REMONA F. GILLIAND, KIMBLY LETESHA LEGRANT, MARK LEE ADAMS, SUSAN COOKE AMLASHI, IRENE BILLINGSLEY NEELEY, JUNE C. MORENO, TIMOTHY TATE, JOSEPH CHAMBLIN FLOCK III, QUOVARDIS F. JACKSON, AMISHI BHAGAWAT PATEL, JON K. BALDWIN, JESSICA M. SHIRKEY, MELYNDA J. BROWN, TOMMY JAMES ODORE, BETTY BARRONTINE, DIANNE MCWHORTER, CAROLYN ROBINSON, ORA ELAINE LEWIS, CHARLIE FRANK EVANS, JAMES MICHAEL RADFORD, EBONY LATRESE ELLISON, LOUIS ELVIN GEORGE, DRAGICA DOKIC-VUKOJEVIC, ALLENE WILLIAMS-

6

JENKINS, TRACY LAWRENCE HAND, ADOLPH DAVIDSON, STEVEN RAY WOLFORD, EDGAR WAYNE WHITFIELD, STEPHEN THOMAS KRILLA, HARRIET REYES, WANCHELLA WYCHE-MOORE,   KENNETH EDWARD ARNOLD, SHEILA YOST, HARRIS J. LEDET JR., SUSAN A. OWENS, KAREN ARTHUR, ALTON PERCY, ACHAEL BROWN, KENDRICK L. RICHARDSON, ANDREA HOLCOMB CREWS, ROSHAWNDA LATESE BROWN, MARGARET T. MULLEN, ROBERT LEE MCGILL, WARDELL BRITT VANBUREN, MARY K. KNUPP, THOMAS W. MORRISON III, DAVID MITCHELL, MICHAEL ANDERSON, TOMMIE LEE MAY, CHARLES EDWARD BEATTY, QUAID NIGEL CARR, JAMES ANTHONY DESGRO, PATRICIA FORESMAN, GLENDA ANNETTE RODRIGUEZ, DORIS JOHANNA HERLIHY, WILLIAM EVERETT DEFFENDALL, JEFFREY CUNNINGHAM, LUIS M. MONSALVE, JUDITH CAROL LEONARD, FLORENCE CHALSSAINT, KIMBERLY A. LIOTTA, ROGER PROVUS, FELIKS ODESSKY, ESTER PALAU, AUDREY BAROODY, CHARMAINE LATRICE DAVIS, PATSHAWNDRIA ANBRIA IVEY, MARKELY J. BLOT, ERNESTINE MILLER, ELAINE LILES, KATIA RICO CANCINO, GUADALUPE GUARIN, RAFAEL ARCANGEL PEREZ, DORIS DAVILA, LARRY BERNARD EVANS, EVELYN ORTIZ, REBECCA ANN GREEN, JIMMY SALADRIGAS, RODRICK BURGESS, DIANNE C. WORTHY, WILLIAM L. ROBINSON, PAUL L. ABBOTT, CLYDE BRENT ROBERTS, JORGE LUIS SANCHEZ, JUAN GARCIA VALDEZ, FLORENCE A. FLEMMING, EMMA DEL-SOCORRO GARCIA, JAMES DAVID EIKENBERRY, IVONNE YANES, LAUBETTE A. YAEGER, YARELYS TRUJILLO, MARIA M. RODRIGUEZ, EDUARDO MANES, JODY LYNN PRESS, MELINDA THEMM, TRISTAN MICHAEL ARDREY, ESPERANZA BULLARD, JAMES ALVIN CLARK JR., MARY ELIZABETH STREITZ, ANGELA G. GREENMAN, MARION

7

ELIZABETH ADAIR, BRENDA MATA JACKSON SANDERS, JULIA ERNESTINE MACK, CHERNARD DUVAL, MARVA RICHARDSON, JEFFREY GREENBERG, REGINA YVETTE YOUNG, CAMERAN AUSTIN JONES, AMY B. HUFFMASTER, SUSANNAH M. BULTRON CLAUDIO, MARY RUTH HETZEL, ANA H. BORRERO RIVERO, HERTA LUCY LAYTON, ALPHONZO JENKINS, EMELIA KATHLEEN MONZON, LEAH D. GLASS, DAVID GREEN, ALEXANDER GEORGE HARRINGTON, ROLAND M. DYER JR., ROBERT GIBSON, ANN L. PRIZZI, NANCY KELLEY, WANDA DURON, JEFFERY JOHN KOENIG, CHARLES EUGENE JOHNSON, LINDA GATLIN, CARL EDWARD CHOICE, TAMARA BROWN, ALPHONSO CARTEZ GRESHAM, PAUL DUANE ROBINSON, ASIM MENOMINI MCCLESTER, PAMELA JEAN NEWTON, JAMES H. HOLMES, MICHAEL DENNIS LONG, DAVID LAWRENCE CROUSE, ANTHONY DESANTIS, CHRISTOPHER R. SHIRMO, KEVIN A. MORRIS, CAROLE ANNE ROSS, LINDA C. WILLIAMSON, JOHN ARVY BIRON, GAIL SYKES-HINDS, JACOB RONNIE WILSON, FRED COURNOYER, GRANT EVAN HOLZMAN, TERESA F. CAMM, SUSIE DENISE STEVENS, ROBERT GRAVEL MASON, ROBERT G. PRICE, MARIE A. CAMPANY, MARK ALAN SPENCELEY II, WILLIAM J. BOWLES, DONNA LEE JOHNSON, LEONA GENEVA TABORS, WILLIAM RAY WALKER, SONIA STRAUBEL, EDGAR HERRERA, ENRIQUE SANTIAGO, LATOYA T. LAWTON, PATSY F. CHENNIS, JOANN M. WIGGINS, DWAN ANTIONETTE PRICE, ODALYS BANEGAS, JAMES CAMPBELL, JOHNNY MOSES, AUDREY L. MACK, JENNIFER S. COOPER, ESSIE LEE ISOM, YOLANDA BRANDY, LILIAN YOUNG, LYCRA SHARLAIN PITTS, SHARON JOHNSON, JULIA JACKSON, SUCRE A. JEREZ and LEVON HARRIS JR.

file this Petition for Extraordinary Relief in the Nature of a Writ of Mandamus addressed to CAROLYN W. COLVIN, Acting Commissioner of Social Security, and alleges as follows:

### COUNT I – MARION WALLACE BRANTLEY JR.

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARION WALLACE BRANTLEY JR., is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2393.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated December 22, 2013.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These

faxes were sent to the West Palm Beach Social Security Field Office on April 21, 2014, May 13, 2014 and May 23, 2014.

### COUNT II – ROGER L. MILLER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROGER L. MILLER, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1358.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 31, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 20, 2014, indicating that the amount of $4,571.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On March 17, 2014, a total of $2,988.34 was received in attorney fees.  According to the award notice, the attorney fee payment totals $4,571.50.  As of today, we are missing attorney fees in the amount of $1,495.16.  These faxes were sent to the payment center on March 28, 2014, May 25, 2014 and June 3, 2014.

### COUNT III – ARTHUR TOWNES

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ARTHUR TOWNES, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8848.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 20, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated April 1, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits. In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $1,314.92 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the West Palm Beach Social Security Field Office on May 23, 2013, June 4, 2014 and June 19, 2014.

## COUNT IV – CATHY SANTIAGO

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CATHY SANTIAGO, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0703.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 25, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 23, 2014, indicating that the amount of $1,659.75 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On March 21, 2014, a total of $1,083.26 was received in attorney fees.  According to the award notice, the attorney fee payment totals $1,659.75.  As of today, we are missing attorney fees in the amount of $488.48.  These faxes were sent to the payment center on March 19, 2014, March 28, 2014, June 3, 2014, June 17, 2014 and July 1, 2014.

### COUNT V – CELORADINE J. LETBETTER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CELORADINE J. LETBETTER, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9721.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 18, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple emails have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the West Palm Beach Social Security Field Office on May 9, 2014, May 27, 2014 and July 2, 2014.

## COUNT VI – YVETTE CARTAGENA-RIVERA

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, YVETTE CARTAGENA-RIVERA, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5559.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 26, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple emails have been made. Petitioner's attorney has

sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on May 23, 2014, June 4, 2014 and June 23, 2014.

## COUNT VII – DANIEL VOTAVA

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DANIEL VOTAVA, is a resident of Kaufman County, State of Texas.

3. Petitioner's Social Security number is: XXX-XX-8140.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 21, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 23, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $5,819.67 has not been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on June 20, 2014, July 14, 2014, and July 15, 2014.  In addition, Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even

14

though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Waxahachie Social Security Field Office on May 6, 2014, June 20, 2014, July 2, 2014, July 14, 2014, and July 15, 2014.

## COUNT VIII – WILLIAM ANTHONY CARRIER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WILLIAM ANTHONY CARRIER, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6958.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 31, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on April 28, 2014, May 13, 2014 and May 23, 2014.

## COUNT IX – MEKHAEL SAMIR DAHDAH

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MEKHAEL SAMIR DAHDAH, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5887.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 31, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on April 28, 2014, May 13, 2014 and May 23, 2014.

**COUNT X – GORDON EUGENE PUCKETT**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, GORDON EUGENE PUCKETT, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9453.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 29, 2014.

6.  Respondent has issued a Notice of Award for Disability Insurance Benefits dated September 9, 2014, indicating that the amount of $3,667.25 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on November 7, 2014, November 20, 2014, and December 18, 2014.  In addition, Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Lakeland Social Security Field Office on November 7, 2014, November 20, 2014, and December 18, 2014.

### COUNT XI – LISA ANN BURRIS

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, LISA ANN BURRIS, is a resident of Gwinnett County, State of Georgia.

3.  Petitioner's Social Security number is: XXX-XX-0362.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 22, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated September 3, 2014 indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Norcross Social Security Field Office on October 10, 2014, November 10, 2014, and November 25, 2014.

## COUNT XII – DIEULYS CHRISTOPHE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DIEULYS CHRISTOPHE, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2558.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated September 12, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent

18

has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on September 24, 2014, September 29, 2014 and October 20, 2014.

## COUNT XIII – KEVIN STROM

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, KEVIN STROM, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3997.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated June 12, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on July 17, 2014, August 27, 2014, and September 11, 2014.

19

## COUNT XIV – MARIA E. HERNANDEZ

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARIA E. HERNANDEZ, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1695.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 30, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on June 20, 2014, July 3, 2014, and August 14, 2014.

## COUNT XV –  MARGUERITE CAMILLE SACCONE-BERNARD

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARGUERITE CAMILLE SACCONE-BERNARD, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1956.

20

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 15, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on July 3, 2014, July 17, 2014, and August 26, 2014.

### COUNT XVI – PREMARIE L. SUMLER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, PREMARIE L. SUMLER, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2919.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 2, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent

21

has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on July 2, 2014, July 15, 2014 and August 8, 2014.

## COUNT XVII – SCOTT GERMAN

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, SCOTT GERMAN, is a resident of Palm Beach County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-2884.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 28, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on May 6, 2014, June 18, 2014, July 2, 2014, and July 16, 2014.

## COUNT XVIII – JACOB CROSBOURNE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JACOB CROSBOURNE, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1328.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 22, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on May 12, 2014, May 27, 2014, and June 4, 2014.

## COUNT XIX – PATRICIA J. RAPP

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, PATRICIA J. RAPP, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3204.

23

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 21, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on May 27, 2014, July 2, 2014, and August 26, 2014.

## COUNT XX – MARIZABEL REBOYDA GONZALEZ

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARIZABEL REBOYDA GONZALEZ, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1768.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 4, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the West Palm Beach Social Security Field Office on May 6, 2014, May 27, 2014, June 5, 2014, and June 18, 2014.

### COUNT XXI – ANTHONY GREEN

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ANTHONY GREEN, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5857.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 1, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has issued an Attorney Fee Notice indicating that the amount of $120.17 has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award and fees. These faxes were

sent to the West Palm Beach Social Security Field Office on July 18, 2014, August 4, 2014, and August 15, 2014.

## COUNT XXII – BRIDGIT LISA BROWN

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, BRIDGIT LISA BROWN, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0453.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated September 9, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated November 17, 2014, indicating that the amount of $5,918.17 has been withheld towards back due benefits. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the attorney fees. These faxes were sent to the Payment Center on September 29, 2014, October 20, 2014, and November 20, 2014.

## COUNT XXIII – DAMON MILLER

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DAMON MILLER, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7151.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated June 25, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated August 11, 2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on July 18, 2014, August 5, 2014, and August 19, 2014.

## COUNT XXIV – CYNTHIA M. HARRIS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CYNTHIA M. HARRIS, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1168.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 9, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated June 7, 2014, indicating that the amount of $3,475.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On August 19, 2014, a total of $1,737.75 was received in attorney fees.  According to the award

notice, the attorney fee payment should be $3,475.50  minus user fee of $89.00, totaling $3,386.50.  As of today, we are missing attorney fees in the amount of $1,648.75.  These faxes were sent to the Payment Center on June 5, 2014, June 20, 2014, and August 15, 2014.

### COUNT XXV – KURT EDWARD ZEMKE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, KURT EDWARD ZEMKE, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5127.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 2, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated May 13, 2014, indicating that the amount of $1,038.75 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on May 28, 2014, July 14, 2014, and July 17, 2014.

### COUNT XXVI – WILLIAM ALLEN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WILLIAM ALLEN, is a resident of San Bernardino County, State of California.

3. Petitioner's Social Security number is: XXX-XX-2185.

28

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 28, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  A request was initially submitted to the Yucca Valley Field Office on July 28, 2014.  This office advised Leesburg District Office had jurisdiction of the case. Faxes were sent to the Leesburg Field Office on August 14, 2014, August 25, 2014 and September 29, 2014.  The Leesburg Office informed that the case belonged to the Yucca Valley District Office and faxes were sent to this office on October 10, 2014 and November 11, 2014.

### COUNT XXVII – JIMMIE E. EVERETTS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JIMMIE E. EVERETTS, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0214.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated September 13, 2012.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated September 13, 2012, indicating that the amount of $1,163.35 has been withheld towards back due benefits. However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. According to the award notice, the attorney fee should be $290.84 minus user fee of $18.32, totaling $272.51. On January 2, 2013, Petitioner's attorney received a total of $144.67 in attorney fees. As of today, it appears that the Petitioner's attorney is missing fees in the amount of $127.84. Petitioner's attorney has sent multiple faxes requesting these missing fees. These faxes were sent to the Winter Haven Social Security Field Office on December 13, 2012, December 26, 2012, January 10, 2013, and August 30, 2013.

### COUNT XXVIII – BENNA BURNEO

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, BENNA BURNEO, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5402.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 1, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated October 22, 2014 indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Ft. Lauderdale West Social Security Field Office on November 10, 2014, November 25, 2014, and December 3, 2014.

## COUNT XXIX – BILL CHARLES TIBADO

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, BILL CHARLES TIBADO, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9545.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 11, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated February 25, 2014, indicating that the amount of $6,232.00 has been withheld towards back due benefits. However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. According to the award notice, the attorney fee should be $1,558.00 and no user fee should apply as $89.00 was deducted from Disability Insurance Benefits fees. On March 20, 2014, Petitioner's attorney received a

total of $1,469.00 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $89.00.  Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Winter Haven Social Security Field Office on April 30, 2014, May 13, 2014, and May 22, 2014.

## COUNT XXX – CHRISTOPHER P. HOWARD

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHRISTOPHER P. HOWARD, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5958.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated September 11, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated October 15, 2014, indicating that the amount of $14,046.48 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $1,611.00 and no user fee should apply as $89.00 was deducted from Disability Insurance Benefits fees.  On November 17, 2014, Petitioner's attorney received a total of $868.50 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $742.50.  Petitioner's attorney has sent multiple

faxes requesting these missing fees.  These faxes were sent to the Winter Haven Social Security Field Office on September 25, 2014, October 9, 2014, and October 23, 2014.

### COUNT XXXI – DIANE JENNER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DIANE JENNER, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8492.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated August 25, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated August 25, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $721.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Winter Haven Social Security Field Office on September 10, 2014, September 25, 2014, and October 18, 2014.

### COUNT XXXII – JOSEPH LECHNER HALE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JOSEPH LECHNER HALE, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1168.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 6, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Winter Haven Social Security Field Office on August 21, 2014, August 26, 2014, and September 10, 2014.

## COUNT XXXIII – ROSEMARIE JEAN-LOUIS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROSEMARIE JEAN-LOUIS, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0815.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 17, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Winter Haven Social Security Field Office on June 4, 2014, June 17, 2014, and July 2, 2014.

## COUNT XXXIV – TERRALE S. MCRAE

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, TERRALE S. MCRAE, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4388.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 21, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated February 19, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits. In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $595.35 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Winter Haven Social Security Field Office on June 27, 2014, August 19, 2014, and September 23, 2014.

35

## COUNT XXXV – ANNETTE MARIE BAKER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ANNETTE MARIE BAKER, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3470.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated December 31, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Winter Haven Social Security Field Office on June 3, 2014,  July 3, 2013, and August 12, 2014.

## COUNT XXXVI – DEWAYNE EDDIE JAYROE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DEWAYNE EDDIE JAYROE, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8702.

36

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 11, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has issued an Attorney Fee Notice indicating that the amount of $95.87 has been withheld towards payment of attorney's fees.  On September 2, 2013, Petitioner's attorney received a total of $89.84 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award.  Petitioner's attorney has sent multiple faxes requesting this notice.  These faxes were sent to the Winter Haven Social Security Field Office on June 2, 2014, June 16, 2014, and July 2, 2014.

## COUNT XXXVII – LINDA MAE WELLING

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LINDA MAE WELLING, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2026.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 28, 2014.

6.  Respondent has issued a Notice of Award for Disability Insurance Benefits dated April 11, 2014, indicating that the amount of $2,985.75 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On April 18, 2014, a total of $1,948.70 was received in attorney fees.  According to the award notice, the attorney fee should be $2,985.75 minus user fee of $89.00, totaling $2,896.75.  As of today, we are missing attorney fees in the amount of $948.05.  These faxes were sent to the Payment Center on July 15, 2014, August 15, 2014, and August 25, 2014.

## COUNT XXXVIII – CARRIE JEAN HAYS

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, CARRIE JEAN HAYS, is a resident of Barrow County, State of Georgia.

3.  Petitioner's Social Security number is: XXX-XX-5011.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 29, 2014.

6.  Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated May 30, 2014, indicating that the amount of $3,446.13 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $861.53 minus user fee of $54.28, totaling $807.26.  On June 10, 2014 and November 13, 2014, Petitioner's attorney received a total of $672.28 in attorney fees.

38

As of today, it appears that the Petitioner's attorney is missing fees in the amount of $134.98. Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Winder Social Security Field Office on May 27, 2014, June 5, 2014, September 26, 2014, October 10, 2014, and November 10, 2014.

### COUNT XXXIX – CONNIE S. STOVALL

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CONNIE S. STOVALL, is a resident of Walton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-1695.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 3, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has issued an Attorney Fee Notice indicating that the amount of $1,185.18 has been withheld towards payment of attorney's fees.  On march 3, 2014, Petitioner's attorney received a total of $1,110.51 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award.  Petitioner's attorney has sent multiple faxes requesting this notice. These faxes were sent to the Winder Social Security Field Office on April 15, 2014, May 6, 2014, and May 19, 2014.

### COUNT XL – CHERYL ANN COLLINS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHERYL ANN COLLINS, is a resident of Indian River County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7872.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 23, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Vero Beach Social Security Field Office on April 21, 2014, May 13, 2014 and May 23, 2014.

## COUNT XLI – WANDA L. BUCKNOR

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WANDA L. BUCKNOR, is a resident of Indian River County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5591.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated August 29, 2012.

6. Respondent has not issued a Notice of Award for Supplemental Security Income or Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice for Supplemental Security Income or Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Vero Beach Social Security Field Office on April 15, 2014, April 28, 2014, May 6, 2014, and May 21, 2014.

## COUNT XLII – ROBERT SANDAHL

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROBERT SANDAHL, is a resident of Sarasota County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4528.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated August 1, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating that the amount of Petitioner's back due benefits, and monthly benefits. Respondent has issued an Attorney Fee Notice dated August 22, 2014, indicating that the amount of $360.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On August 19, 2014, a total of $227.68 was received in attorney fees.  According to the attorney fee notice, the attorney fee should be $360.50 minus user fee of $22.71, totaling $337.79.  As of today, we are missing attorney fees in the amount of $110.10.  These faxes were sent to the Venice Social Security Field Office on September 11, 2014, September 22, 2014, and October 7, 2014.

## COUNT XLIII – ROBERT D. DAVIS JR.

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROBERT D. DAVIS JR., is a resident of Sarasota County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7525.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 29, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income or Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice Supplemental Security Income or Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Venice Social Security Field Office and Payment Center on May 27, 2014, June 5, 2014, and June 20, 2014.

### COUNT XLIV – BRIAN RICHARD WHIDDON

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, BRIAN RICHARD WHIDDON, is a resident of Charlotte County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-7200.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 13, 2014.

6.  Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 9, 2014, indicating that the amount of $4,111.75 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On

March, 12, 2014, and March 21, 2014, a total of $3,267.54 was received in attorney fees. According to the award notice, the attorney fee should be $4,111.75 minus user fee of $89.00, totaling $4,022.75.  As of today, we are missing attorney fees in the amount of $755.21.  These faxes were sent to the Payment Center on March 19, 2014, March 28, 2014, April 10, 2014, and May 8, 2014.  In addition, Respondent has issued a Notice of Award for Auxiliary Disability Insurance Benefits dated March 18, 2014, indicating that the amount of $301.69 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney. On the other hand, Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Venice Beach Social Security Field Office on May 23, 2014, and June 4, 2014.

### COUNT XLV – KATHY  ANN CONCEPCION

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, KATHY ANN CONCEPCION, is a resident of Sarasota County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0255.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated November 9, 2013.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on May 23, 2014, June 4, 2014, and June 20, 2014.

**COUNT XLVI – CHESTER JOSEPH DAVIS**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHESTER JOSEPH DAVIS, is a resident of Hillsborough County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6293.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 29, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated September 28, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December

45

22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Payment Center on September 29, 2014, October 20, 2014, and October 23, 2014.

### COUNT XLVII – RANDELL L. THOMAS

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, RANDELL L. THOMAS, is a resident of Coffee County, State of Tennessee.

3. Petitioner's Social Security number is: XXX-XX-3839.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated November 6, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Tullahoma Social Security Field Office on August 27, 2014, September 9, 2014, and September 22, 2014.

### COUNT XLVIII – WANDA M. BERK

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WANDA M. BERK, is a resident of Pickens County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-4878.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 4, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Gainesville Social Security Field Office on May 14, 2014, May 23, 2014, and July 7, 2014.

### COUNT XLIX – DAVID GERALD FRANCE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DAVID GERALD FRANCE, is a resident of Hall County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-4955.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 17, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Gainesville Social Security Field Office on June 4, 2014, June 30, 2014, and August 8, 2014.

### COUNT L – JAMES PETER DEMERS III

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JAMES PETER DEMERS III, is a resident of Forsyth County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-6894.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated August 15, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has issued an Attorney Fee Notice indicating that the amount of $480.67 has been withheld towards payment of attorney's fees.  On August 15, 2014, Petitioner's attorney received a total of $450.39 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award.  In addition, Respondent has not issued a Notice of Award for

Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees for Disability Insurance Benefits.  These faxes were sent to the Gainesville Social Security Field Office on August 25, 2014, September 10, 2014, and September 29, 2014.

### COUNT LI – CHRISTOPHER BORDER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHRISTOPHER BORDER, is a resident of White County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-9222.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 1, 2013.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 3, 2013, indicating that the amount of $16,079.00 has been withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice for Disability Insurance Benefits dated April 22, 2013, indicating that the amount of $4,019.75 has been withheld towards payment of attorney's fees.  In addition, Respondent has issued a Notice of Award for Auxiliary Disability Insurance Benefits dated April 14, 2013, indicating that the amount of $953.50 has

been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On April 1, 2013, April 5, 2013, and May 3, 2013, a total of $3,666.58 was received in attorney fees.  According to the award notices, the attorney fees for Auxiliary and Disability Insurance Benefits should total $4,973.25 minus user fee of $89.00, totaling $4,884.25.  As of today, we are missing attorney fees in the amount of $1,217.67.  These faxes were sent to the Payment Center on July 3, 2014, August 18, 2014, and September 30, 2014.

### COUNT LII – BEVERLY A. WHITTEMORE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, BEVERLY A. WHITTEMORE, is a resident of Union County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-3696.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 10, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple

faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on June 26, 2014, August 4, 2014, and August 22, 2014.

### COUNT LIII – MICHAEL CRANE FUENTES SR.

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MICHAEL CRANE FUENTES SR., is a resident of Franklin County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2143.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 18, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Tallahassee Beach Social Security Field Office on May 13, 2014, May 23, 2014, and June 4, 2014.

### COUNT LIV – SHARMA EUBANKS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, SHARMA EUBANKS, is a resident of Broward County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-2929.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 29, 2014.

6.  Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated August 28, 2014, indicating that the amount of $2,041.85 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $510.71 minus user fee of $89.00, totaling $477.54.  On June 13, 2014 and June 16, 2013, Petitioner's attorney received a total of $337.80 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $139.74.  Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Ft. Lauderdale West Social Security Field Office on August 4, 2014, August 13, 2014, and August 25, 2014.

### COUNT LV – DENISE BILLIE OBASI

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, DENISE BILLIE OBASI, is a resident of Gwinnett County, State of Georgia.

3.  Petitioner's Social Security number is: XXX-XX-8961.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 19, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated September 11, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $4,122.22 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Gwinnett Social Security Field Office on September 17, 2014, September 23, 2014, and October 27, 2014.

## COUNT LVI – LEO DANGLEBEN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LEO DANGLEBEN, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2941.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated September 26, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has

sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Ft. Lauderdale West Social Security Field Office on September 29, 2014, October 20, 2014, and November 10, 2014.

### COUNT LVII – ROLANDO BEJARANO

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROLANDO BEJARANO, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1565.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 16, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Ft. Lauderdale West Social Security Field Office on June 2 , 2014, June 20, 2014, July 2, 2014, and July 15, 2014.

### COUNT LVIII – CARL UNDERWOOD

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CARL UNDERWOOD, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2142.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 26, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Ft. Lauderdale West Social Security Field Office on August 13, 2014, August 27, 2014, and September 9, 2014.

## COUNT LIX – WILLIE CLARK

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WILLIE CLARK, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9532.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 9, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Ft. Lauderdale West Social Security Field Office on July 2, 2014, July 15, 2014, and July 28, 2014.

## COUNT LX – LOIDA E. GRAHAM

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LOIDA E. GRAHAM, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8783.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 31, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 1, 2014, indicating  that the amount of $4,902.25 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes

were sent to the Ft. Lauderdale West Social Security Field Office on February 25, 2014, March 7, 2014, March 18, 2014, March 25, 2014, April 1, 2014, April 10, 2014, April 25, 2014 and May 7, 2014.

## COUNT LXI – DOROTHY DALE BELL

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, DOROTHY DALE BELL, is a resident of Pinellas County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-8174.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 11, 2014.

6.  Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated August 11, 2014, indicating that the amount of $1,386.60 has been withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated August 22, 2014, indicating that the amount of $280.15 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On August 6, 2014, a total of $131.25 was received in attorney fees.  According to the award notice, the attorney fee should be $280.15 minus user fee of $17.65, totaling $262.50.  As of today, we are missing attorney fees in the amount of $131.25.  These faxes were sent to the St. Petersburg Social Security Field Office on April 28, 2014, September 26, 2014, October 20, 2014, and November 10, 2014.

## COUNT LXII – WILLIAM R. HIGBEE

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WILLIAM R. HIGBEE, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7245.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 30, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated September 24, 2014 indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the St. Petersburg Social Security Field Office on July 21, 2014. August 5, 2014, and August 14, 2014.

## COUNT LXIII – GEORGE COUILLARD

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, GEORGE COUILLARD, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7802.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 6, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated May 29, 2014, indicating that the amount of $10,875.47 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $2,718.87 minus user fee of $89.00, totaling $2,629.87.  On June 5, 2014, Petitioner's attorney received a total of $1,314.93 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $1,314.94.  Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the St. Petersburg Social Security Field Office on May 27, 2014, June 19, 2014, and July 7, 2014.

## COUNT LXIV – JAMES EDWARD HUGHES

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JAMES EDWARD HUGHES, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7294.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 21, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the St. Petersburg Social Security Field Office on April 21, 2014, May 13, 2014, and May 23, 2014.

## COUNT LXV – CAROLYN ANN ANTHONY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CAROLYN ANN ANTHONY, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3167.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 31, 2014.

6. Respondent has issued a Disability Insurance Benefits Attorney Fee Notice dated May 17, 2014, indicating that the amount of $3,712.75 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On May 1, 2014, a total of $2,423.18 was received in attorney fees.  According to the award notice, the attorney fee should be $3,712.75 minus user fee of $89.00, totaling $3,623.75.  As of today, we are missing attorney fees in the amount of $1,200.57.  These faxes were sent to the Payment Center on April 24, 2014, July 15, 2014, and August 13, 2014.

## COUNT LXVI – VIVICA RAY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, VIVICA RAY, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5594.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 18, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated April 13, 2014, indicating that the amount of $4,033.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On April 14, 2014, a total of $2,629.35 was received in attorney fees.  According to the award notice, the attorney fee should be $4,033.00 minus user fee of $89.00, totaling $3,944.00.  As

of today, we are missing attorney fees in the amount of $1,315.65.  These faxes were sent to the Payment Center on April 10, 2014, May 22, 2014, June 3, 2014, and June 17, 2014.

## COUNT LXVII – RICKEY RIDDICK

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, RICKEY RIDDICK, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0261.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 11, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance benefits dated April 28, 2014, indicating that the amount of $49,692.92 has been withheld towards back due benefits. Petitioner's attorney filed a Fee Petition on May 29, 2014, requesting authorization of attorney fees in the amount of $4,545.00.  Respondent has issued an Authorization to Charge and Collect attorney fees in the amount of $4,100.00 dated August 8, 2014.  As of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on August 25, 2014, September 11, 2014, and September 25, 2014.

## COUNT LXVIII – LATONIA JOHNSON-TURNER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LATONIA JOHNSON-TURNER, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8450.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 19, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated July 19, 2014, indicating that the amount of $1,012.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on July 25, 2014,  August 7, 2014, and August 21, 2014.

**COUNT LXIX – JAMES WATERMAN**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JAMES WATERMAN, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5687.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 24, 2014.

6. Respondent has issued a Notice of Award for Disability Widow Insurance Benefits dated May 18, 2014, indicating that the amount of $944.50 has been withheld towards payment of

63

attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On May 20, 2014, a total of $295.00 was received in attorney fees.  According to the award notice, the attorney fee should be $944.50 minus user fee of $59.50, totaling $885.00.  As of today, we are missing attorney fees in the amount of $590.00.  These faxes were sent to the Payment Center on May 6, 2014, June 5, 2014, and June 19, 2014.  In addition, Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated May 19, 2014, indicating that the amount of $3,975.00 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $993.75 minus user fee of $28.50, totaling $965.25.  On June 27, 2014, Petitioner's attorney received a total of $114.78 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $850.47.  Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the St. Petersburg Social Security Field Office on June 5, 2014, June 19, 2014, and July 14, 2014.

## COUNT LXX – RONALD MAYHEW

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, RONALD MAYHEW, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7477.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative

decision dated July 21, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated August 26, 2014, indicating that the amount of $3,791.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on September 9, 2014, September 25, 2014, and October 9, 2014.

## COUNT LXXI – KAREN VICHICH

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, KAREN VICHICH, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5384.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 7, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on August 8, 2014, August 15, 2014, and August 25, 2014.

## COUNT LXXII - LISA DIANE CARR

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, LISA DIANE CARR, is a resident of Highlands County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-9487.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 24, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Sebring Social Security Field Office on May 12, 2014, June 4, 2014, and June 17, 2014.

## COUNT LXXIII – STEPHEN JONES

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, STEPHEN JONES, is a resident of San Francisco County, State of California.

3.  Petitioner's Social Security number is: XXX-XX-9980.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the

66

United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 27, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the San Francisco, Valencia St. Social Security Field Office on July 10, 2014, August 7, 2014, August 20, 2014, and September 10, 2014.

## COUNT LXXIV– DENNIS K. MCDONALD

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DENNIS K. MCDONALD, is a resident of Bartow County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-2291.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 1, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated July 1, 2014, indicating that the amount of $576.00 has been withheld towards back due benefits. Respondent has issued an Attorney Fee Notice dated October 22, 2014, indicating

that the amount of $144.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On October 24, 2014, a total of $67.46 was received in attorney fees.  According to the award notice, the attorney fee should be $144.00 minus user fee of $9.07, totaling $134.93.  As of today, we are missing attorney fees in the amount of $67.47.  These faxes were sent to the Rome Social Security Field Office on August 21, 2014, September 22, 2014, and September 24, 2014.

## COUNT LXXV– RICHARD ROEDELL

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, RICHARD ROEDELL, is a resident of Floyd County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-8597.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 24, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Rome Social Security Field Office on May 23, 2014, June 4, 2014, and June 18, 2014.

## COUNT LXXVI – ELAINE WHITTEN ONESTO

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ELAINE WHITTEN ONESTO, is a resident of Gordon County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-7436.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 7, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Rome Social Security Field Office on April 10, 2014, June 17, 2014, and June 30, 2014.

## COUNT LXXVII – WARREN H. FEENER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WARREN H. FEENER, is a resident of Knox County, State of Maine.

3. Petitioner's Social Security number is: XXX-XX-9014.

4.   Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.   The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 21, 2014.

6.   Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Rockland Social Security Field Office on May 12, 2014, May 27, 2014, and June 4, 2014.

### COUNT LXXVIII – JAMES CRABTREE

1.   This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.   Petitioner, JAMES CRABTREE, is a resident of Martin County, State of Florida.

3.   Petitioner's Social Security number is: XXX-XX-1849.

4.   Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.   The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 22, 2012.

6.   Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated June 29, 2012, indicating that the amount of $930.68 has been withheld towards back due

70

benefits.  Respondent has issued an Attorney Fee Notice dated April 19, 2013, indicating that the amount of $232.67 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On September 10, 2012, a total of $109.02 was received in attorney fees.  According to the award notice, the attorney fee should be $232.67 minus user fee of $14.66, totaling $218.01.  As of today, we are missing attorney fees in the amount of $108.99.  These faxes were sent to the Port St. Lucie Social Security Field Office on July 2, 2014, August 11, 2014, and September 23, 2014.

## COUNT LXXIX – LINDA G. BEYER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LINDA G. BEYER, is a resident of St. Lucie County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3678.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated October 5, 2012.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the

Port. St. Lucie Social Security Field Office on June 30, 2014, July 17, 2014, and August 4, 2014.

## COUNT LXXX – BILLY JACK CHAMBERS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, BILLY JACK CHAMBERS, is a resident of Okeechobee County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0037.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 15, 2013.

6. Respondent has issued a Notice of Award for Auxiliary Disability Insurance Benefits dated March 2, 2014, indicating that the amount of $1,904.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Port St. Lucie Social Security Field Office on August 14, 2014, August 28, 2014, and September 10, 2014.

## COUNT LXXXI – BARBARA F. MCNEIL

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, BARBARA F. MCNEIL, is a resident of Okeechobee County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6020.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 2, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Port St. Lucie Social Security Field Office on July 2, 2014, July 14, 2014, and August 5, 2014.

## COUNT LXXXII – JOHN FONKIN JR.

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JOHN FONKIN JR., is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4709.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 7, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the

amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on April 25, 2014, May 7, 2014, and July 2, 2014.  In addition, Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Port St. Lucie Social Security Field Office on April 28, 2014, May 23, 2014, and June 4, 2014.

### COUNT LXXXIII – ANDREA I. WILLIAMS

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, ANDREA I. WILLIAMS, is a resident of St. Lucie County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-5066.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 12, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated November 17, 2014, indicating that the amount of $3,396.25 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Payment Center on September 11, 2014, September 23, 2014, and October 10, 2014.

## COUNT LXXXIV – DANIEL J. MCARDLE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DANIEL J. MCARDLE, is a resident of Martin County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8472.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 5, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated May 20, 2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On July 23, 2014, a total of $3,911.00 was received in attorney fees.  According to the award notice, the attorney fee should be $6,000.00 minus user fee of $89.00, totaling $5,911.00.  As of today, we are missing attorney fees in the amount of $2,000.00.  These faxes were sent to the Payment Center on May 28, 2014, June 5, 2014, and June 20, 2014.

## COUNT LXXXV – SUSAN F. LAPELLA

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SUSAN F. LAPELLA, is a resident of Volusia County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3775.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 16, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Port Orange Social Security Field Office on July 28, 2014, August 20, 2014, August 28, 2014, and September 10, 2014.

## COUNT LXXXVI – CORY SHANE JONES

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CORY SHANE JONES, is a resident of Volusia County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2713.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 6, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits or Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Port Orange Social Security Field Office on April 16, 2014, May 6, 2014, and May 21, 2014.

### COUNT LXXXVII – RAYMOND F. CICH

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, RAYMOND F. CICH, is a resident of Charlotte County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0734.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 21, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent

77

has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Port Charlotte Social Security Field Office on May 23, 2014, June 4, 2014, and June 30, 2014.

## COUNT LXXXVIII – DOROTHY LOUVONE JOHNSON

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DOROTHY LOUVONE JOHNSON, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7375.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 19, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees. On July 16, 2014 and July 17, 2014, Petitioner's attorney received a total of $1,903.69 in attorney fees. As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice. Petitioner's attorney has sent multiple faxes requesting these notices. These faxes were sent to the St. Petersburg

Social Security Field Office on March 31, 2014, April 16, 2014, April 28, 2014, and May 6, 2014.

## COUNT LXXXIX – BONITA EMMA BARR

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, BONITA EMMA BARR, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3428.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated December 16, 2013.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated June 11, 2014, indicating that the amount of $626.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On May 20, 2014, a total of $293.52 was received in attorney fees.  According to the award notice, the attorney fee should be $626.50 minus user fee of $39.47, totaling $587.03.  As of today, we are missing attorney fees in the amount of $293.51.  These faxes were sent to the Payment Center on May 7, 2014, May 23, 2014, and June 4, 2014.

## COUNT XC – CHARITA O. DAVIS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHARITA O. DAVIS, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9445.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated September 2, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Perrine Social Security Field Office on September 29, 2014, October 10, 2014, and November 10, 2014.

## COUNT XCI – BRUCE COLLINS JR.

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, BRUCE COLLINS JR., is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9325.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 20, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated September 16, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Perrine Social Security Field Office on September 15, 2014, September 26, 2014, and October 10, 2014.

## COUNT XCII – SHAQUILLA LAQUAN BRUTON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SHAQUILLA LAQUAN BRUTON, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0710.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 14, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the

Perrine Social Security Field Office on August 26, 2014, September 15, 2014, and September 26, 2014.

### COUNT XCIII – FLOYD CHARLES ROLOFF

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, FLOYD CHARLES ROLOFF, is a resident of Monroe County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3680.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 31, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Perrine Social Security Field Office on September 17, 2014, September 23, 2014, and October 17, 2014.

### COUNT XCIV – SHANAULDREA LATRELL MORLEY

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SHANAULDREA LATRELL MORLEY, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9916.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 16, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Perrine Social Security Field Office on July 3, 2014, July 17, 2014, and August 21, 2014.

## COUNT XCV – DAVID LEE MCGHEE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DAVID LEE MCGHEE, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2133.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 5, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Perrine Social Security Field Office on May 28, 2014, July 2, 2014, and July 17, 2014.

## COUNT XCVI – JOANNA JONES

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JOANNA JONES, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4055.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 11, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated May 5, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $2,352.07 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Perrine Social Security Field Office on April 28, 2014, May 12, 2014, and May 27, 2014.

## COUNT XCVII – CAMILLE MARIE EARP

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CAMILLE MARIE EARP, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7907.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 25, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Perrine Social Security Field Office on April 28, 2014, May 13, 2014, and June 30, 2014.

## COUNT XCVIII – ALMA LUZ RODRIGUEZ

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ALMA LUZ RODRIGUEZ, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3180.

85

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 16, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Perrine Social Security Field Office on May 13, 2014, May 23, 2014, and June 30, 2014.

## COUNT XCIX – YERY SANZ

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, YERY SANZ, is a resident of Miami-Dade County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-2398.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 28, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent

has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Perrine Social Security Field Office on April 15, 2014, May 6, 2014, and June 30, 2014.

## COUNT C – LILIA OTERO

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LILIA OTERO, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6570.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 28, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Perrine Social Security Field Office on March 12, 2014, April 10, 2014, and May 6, 2014.

## COUNT CI – CRYSTAL LADINA KITCHENS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CRYSTAL LADINA KITCHENS, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7851.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated September 26, 2013.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Perrine Social Security Field Office on April 16, 2014, April 28, 2014, and May 6, 2014.

## COUNT CII – PATRICIA BENITEZ

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, PATRICIA BENITEZ, is a resident of Miami-Dade County, State of Florida.

88

3. Petitioner's Social Security number is: XXX-XX-1274.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 23, 2013.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees.  On September 20, 2014, and October 2, 2014, Petitioner's attorney received a total of $591.68 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice.  Petitioner's attorney has sent multiple faxes requesting these notices.  These faxes were sent to the Perrine Social Security Field Office on April 15, 2014, May 6, 2014, and May 21, 2014.

## **<u>COUNT CIII – CHRISTINE CALAFELL ROJAS</u>**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHRISTINE CALAFELL ROJAS, is a resident of Monroe County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9123.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 11, 2014.

89

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Perrine Social Security Field Office on May 9, 2014, May 27, 2014, June 18, 2014, July 17, 2014, and August 13, 2014.

## COUNT CIV – KRISTIN H. SHORT

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, KRISTIN H. SHORT, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7284.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 15, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated February 25, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $903.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on June

90

30, 2014, August 6, 2014, and September 2, 2014.

## COUNT CV – RALPH GUERRERO JR.

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, RALPH GUERRERO JR., is a resident of Escambia County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6528.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated December 10, 2013.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated December 10, 2013, indicating the amounts of Petitioner's back due benefits, and monthly benefits. In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $4,260.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Payment Center on August 15, 2014, August 27, 2014, and September 8, 2014.

## COUNT CVI – DIANA VETTER

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DIANA VETTER, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4517.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 13, 2013.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated September 15, 2013, indicating that the amount of $4,429.47 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on October 10, 2014, October 23, 2014, and November 7, 2014.  In addition, Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on October 10, 2014, October 23, 2014, and November 7, 2014.

**COUNT CVII – TYRONE EDWARDS**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, TYRONE EDWARDS, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5206.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the

92

United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated September 2, 2011.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated October 13, 2011, indicating that the amount of $2,696.04 has been withheld towards back due benefits. Respondent has issued an Attorney Fee Notice dated August 26, 2014, indicating that the amount of $674.01 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made. On October 11, 2011 and October 12, 2011, a total of $74.89 was received in attorney fees. According to the award notice, the attorney fee should be $674.01 minus user fee of $42.46, totaling $631.55. As of today, we are missing attorney fees in the amount of $556.66. These faxes were sent to the South Broward Social Security Field Office on July 1, 2014, August 22, 2014, and October 1, 2014.

## COUNT CVIII – JOHN ANTHONY SANTIAGO

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JOHN ANTHONY SANTIAGO, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5831.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative

Law Judge decision dated June 26, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated July 21, 2014, indicating that the amount of $15,661.00 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $3,915.25 minus user fee of $89.00, totaling $3,826.25.  On September 5, 2014 and September 26, 2014, Petitioner's attorney received a total of $2550.84 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $1,276.41.  Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the South Broward Social Security Field Office on July 28, 2014, August 13, 2014, and August 26, 2014.

### COUNT CIX – CARLOS E. WILSON JR.

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CARLOS E. WILSON JR., is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2778.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 7, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards

payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the South Broward Social Security Field Office on May 9, 2014, May 23, 2014, and June 4, 2014.

## COUNT CX – ROSE APPLETON

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, ROSE APPLETON, is a resident of Broward County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-5572.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 25, 2014.

6.  Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees.  On March 25, 2014, Petitioner's attorney received a total of $548.37 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice.  Petitioner's attorney has sent multiple faxes requesting these notices.  These faxes were sent to the South Broward Social Security Field Office on May 21, 2014, July 2, 2014, and July 16, 2014.

95

## COUNT CXI – LEONNE FLEURIER-THEAGENE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LEONNE FLEURIER-THEAGENE, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4759.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 11, 2013.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on July 23, 2013, July 30, 2013, October 23, 2013, December 3, 2013, June 30, 2014, August 7, 2014, and September 2, 2014.  In addition, Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney

Fee Notice and fees.  These faxes were sent to the South Broward Social Security Field Office on June 5, 2014, June 30, 2014, and August 7, 2014.

### COUNT CXII – WENDELL CRAIG VAUGHN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WENDELL CRAIG VAUGHN, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5019.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 22, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were initially sent to the North Broward Social Security Field Office on June 3, 2014, June 30, 2014, and July 15, 2014.  We were later notified the South Broward Social Security Field Office had jurisdiction and a fax was sent to this office on August 13, 2014.

### COUNT CXIII – DAVID PETER FATICONE

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DAVID PETER FATICONE, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4202.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated June 27, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Payment Center on July 18, 2014, August 4, 2014, and August 15, 2014.

**COUNT CXIV – DENISE PEREZ**

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DENISE PEREZ, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0958.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative

decision dated March 4, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to Payment Center on May 8, 2014, May 21, 2014, June 3, 2014.

## COUNT CXV – ERWIN A. WILKINSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ERWIN A. WILKINSON, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4385.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 11, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent

to the South Broward Social Security Field Office on August 8, 2014 and August 26, 2014.

Faxes were also sent to the Payment Center on September 11, 2014, September 22, 2014, and October 6, 2014.

### COUNT CXVI – MICHAEL WEBB

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MICHAEL WEBB, is a resident of Orange County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2643.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 17, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated August 5, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $15.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Orlando Social Security Field Office on August 8, 2014, August 19, 2014, and September 9, 2014.

### COUNT CXVII – LUZ E. MERCADO

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LUZ E. MERCADO, is a resident of Orange County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7328.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 12, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Orlando Social Security Field Office on May 20, 2014, June 19, 2014, July 14, 2014, August 5, 2014, and August 21, 2014.

## COUNT CXVIII – LANTAYA MICHELLE GRIGGS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LANTAYA MICHELLE GRIGGS, is a resident of Orange County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0974.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative

decision dated May 7, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Orlando Social Security Field Office on June 26, 2014, July 17, 2014, and August 5, 2014.

## COUNT CXIX – DAVID LOWREY

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DAVID LOWREY, is a resident of Pasco County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9723.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 18, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 29, 2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Payment Center on April 25, 2014, October 21, 2014, and November 7, 2014.

## COUNT CXX – EMERY ANTHONY TOLBERT

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, EMERY ANTHONY TOLBERT, is a resident of Marion County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4344.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated December 13, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated April 16, 2014, indicating that the amount of $4,900.00 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $1,225.00 minus user fee of $77.17, totaling $1,147.83.  On April 21, 2014, Petitioner's attorney received a total of $220.44 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $927.39.  Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Ocala Social Security Field Office on July 2, 2014, August 18, 2014, and September 18, 2014.

## COUNT CXXI – JOSEPH SNEDDON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

103

2. Petitioner, JOSEPH SNEDDON, is a resident of Marion County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0064.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated September 19, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated September 16, 2014, indicating that the amount of $600.84 has been withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated October 29, 2014, indicating that the amount of $150.21 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On October 24, 2014, a total of $112.60 was received in attorney fees.  According to the award notice, the attorney fee should be $150.21 minus user fee of $9.46, totaling $140.75.  As of today, we are missing attorney fees in the amount of $28.15.  These faxes were sent to the Ocala Social Security Field Office on September 22, 2014, October 7, 2014, and October 22, 2014.

## COUNT CXXII – LISA CONLEY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LISA CONLEY, is a resident of Marion County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7442.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 14, 2014.

6.  Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Ocala Social Security Field Office on May 21, 2014, June 16, 2014, July 2, 2014, August 4, 2014, August 13, 2014, and August 26, 2014.

### COUNT CXXIII – MELANIE L. WILLETTE

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, MELANIE L. WILLETTE, is a resident of Citrus County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-7518.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 20, 2014.

6.  Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated March 20, 2014, indicating that the amount of $7, 368.25 has been withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated September 15, 2014, indicating that the amount of $1,842.06 has been withheld towards payment of attorney's

fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made. On September 10, 2014, a total of $168.89 was received in attorney fees. According to the award notice, the attorney fee should be $1,842.06 minus user fee of $89.00, totaling $1,753.06. As of today, we are missing attorney fees in the amount of $1,585.17. These faxes were sent to the Ocala Social Security Field Office on May 27, 2014, June 4, 2014, and June 18, 2014.

## COUNT CXXIV – SARAH COLLINS

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SARAH COLLINS, is a resident of Marion County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2170.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 25, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income or Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Ocala Social Security Field Office on August 28, 2014, September 17, 2014, and September 26, 2014.

106

## COUNT CXXV – MARTHA S. MCKELVAIN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARTHA S. MCKELVAIN, is a resident of Citrus County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9705.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 30, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the West Palm Beach Social Security Field Office on June 16, 2014, June 16, 2014, and July 2, 2014.

## COUNT CXXVI – REMONA F. GILLIAND

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, REMONA F. GILLIAND, is a resident of Citrus County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6000.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the

United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 12, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated April 5, 2014, indicating that the amount of $19,621.00 has been withheld towards back due benefits. Respondent has issued an Attorney Fee Notice dated May 27, 2014, indicating that the amount of $4,905.25 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On April 7, 2014, a total of $3,211.08 was received in attorney fees.  According to the award notice, the attorney fee should be $4,905.25 minus user fee of $89.00, totaling $4,816.25.  As of today, we are missing attorney fees in the amount of $1,605.17.  These faxes were sent to the Payment Center on March 25, 2014, April 1, 2014, April 10, 2014, and May 7, 2014.

## COUNT CXXVII – KIMBLY LETESHA LEGRANT

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, KIMBLY LETESHA LEGRANT, is a resident of Hall County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-1289.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 2, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated

July 15, 2014, indicating that the amount of $15,826.22 has been withheld towards back due benefits. However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. According to the award notice, the attorney fee should be $855.87 and no user fee should apply as $89.00 was deducted from Disability Insurance Benefits fees. On November 7, 2014, and November 10, 2014, Petitioner's attorney received a total of $327.02 in attorney fees. As of today, it appears that the Petitioner's attorney is missing fees in the amount of $528.85. Petitioner's attorney has sent multiple faxes requesting these missing fees. These faxes were sent to the Gwinnett Social Security Field Office on July 31, 2014, August 21, 2014, and September 10, 2014.

## COUNT CXXVIII – MARK LEE ADAMS

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARK LEE ADAMS, is a resident of Gwinnett County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-5943.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated June 26, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has

sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Gwinnett Social Security Field Office on August 4, 2014, August 13, 2014, and August 26, 2014.

## COUNT CXXIX – SUSAN COOKE AMLASHI

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SUSAN COOKE AMLASHI, is a resident of DeKalb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-3090.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 12, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Gwinnett Social Security Field Office on May 21, 2014, June 18, 2014, July 2, 2014, and July 17, 2014.

## COUNT CXXX – IRENE BILLINGSLEY NEELEY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, IRENE BILLINGSLEY NEELEY, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5478.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 12, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated July 21, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits. In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $1,922.79 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Gwinnett Social Security Field Office on July 2, 2014, July 21, 2014, and September 17, 2014.

## COUNT CXXXI – JUNE C. MORENO

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JUNE C. MORENO, is a resident of Hall County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-4235.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the

111

United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 20, 2013.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees.  On March 18, 2014, Petitioner's attorney received a total of $436.02 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice.  Petitioner's attorney has sent multiple faxes requesting these notices.  These faxes were sent to the Gwinnett Social Security Field Office on March 11, 2014, March 26, 2014, and May 6, 2014.

## COUNT CXXXII – TIMOTHY TATE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, TIMOTHY TATE, is a resident of DeKalb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-0239.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 7, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards

payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Gwinnett Social Security Field Office on August 8, 2014, August 27, 2014, and September 11, 2014.

## COUNT CXXXIII – JOSEPH CHAMBLIN FLOCK III

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JOSEPH CHAMBLIN FLOCK III, is a resident of Gwinnett County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-9933.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 22, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated August 16, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on August 15, 2014, August 27, 2014, and September 10, 2014.

113

## COUNT CXXXIV – QUOVARDIS F. JACKSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, QUOVARDIS F. JACKSON, is a resident of Gwinnett County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-5868.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 14, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated July 28, 2014, indicating that the amount of $3,349.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on August 8, 2014, August 15, 2014, and August 25, 2014.

## COUNT CXXXV – AMISHI BHAGAWAT PATEL

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, AMISHI BHAGAWAT PATEL, is a resident of Gwinnett County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-6820.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 19, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated June 22, 2014, indicating that the amount of $25,700.90 has been withheld towards back due benefits. Respondent has issued an Attorney Fee Notice dated July 12, 2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On October 24, 2014, a total of $1,970.34 was received in attorney fees.  According to the award notice, the attorney fee should be $6,000.00 minus user fee of $89.00, totaling $5,911.00.  As of today, we are missing attorney fees in the amount of $3,940.66.  These faxes were sent to the Payment Center on June 20, 2014, July 3, 2014, and July 17, 2014.

### COUNT CXXXVI – JON K. BALDWIN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JON K. BALDWIN, is a resident of DeKalb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-8682.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 19, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated January 19, 2014, indicating that the amount of $4,997.75 has been withheld towards payment of

attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on May 20, 2014, June 3, 2014, and June 17, 2014.

### COUNT CXXXVII – JESSICA M. SHIRKEY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JESSICA M. SHIRKEY, is a resident of Pasco County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7193.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 28, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 29, 2014, indicating that the amount of $434.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On April 1, 2014, a total of $271.11 was received in attorney fees.  According to the award notice, the attorney fee should be $434.00 minus user fee of $27.34, totaling $406.66.  As of today, we are missing attorney fees in the amount of $135.55.  These faxes were sent to the Payment Center on March 28, 2014, April 10, 2014, June 3, 2014, June 17, 2014, and September 17, 2014.

## COUNT CXXXVIII – MELYNDA J. BROWN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MELYNDA J. BROWN, is a resident of Pasco County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0403.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 29, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 9, 2014, indicating that the amount of $26,386.60 has been withheld towards back due benefits. Respondent has issued an Attorney Fee Notice dated March 29, 2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On March 11, 2014, a total of $4,433.25 was received in attorney fees.  According to the award notice, the attorney fee should be $6,000.00 minus user fee of $89.00, totaling $5,911.00.  As of today, we are missing attorney fees in the amount of $1,477.75.  These faxes were sent to the Payment Center on February 25, 2014, March 7, 2014, May 20, 2014, June 3, 2014, and June 17, 2014.

## COUNT CXXXIX – TOMMY JAMES ODORE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, TOMMY JAMES ODORE, is a resident of Hernando County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9211.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 23, 2013.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits or Supplemental Security Income indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on May 27, 2014, June 3, 2014, and June 19, 2014.  Faxes were also sent to the New Port Richey Social Security Field Office on May 13, 2014, May 22, 2014, and June 3, 2014.

**COUNT CXL – BETTY BARRONTINE**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, BETTY BARRONTINE, is a resident of Rutherford County, State of Tennessee.

3. Petitioner's Social Security number is: XXX-XX-8386.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative

118

decision dated January 4, 2013.

6. Respondent has not issued a Notice of Award for Disability Insurance or Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Murfreesboro Social Security Field Office on September 26, 2014, October 20, 2014, and November 10, 2014.

**COUNT CXLI – DIANNE MCWHORTER**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DIANNE MCWHORTER, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-1587.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 2, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated May 2, 2014, indicating that the amount of $7,854.00 has been withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated May 2, 2014, indicating that the amount of $1,963.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to

119

Petitioner's attorney even though multiple faxes have been made.  On May 12, 2014, a total of $1,874.50 was received in attorney fees.  According to the award notice, the attorney fee should be $1,963.50 and no user fee should apply as $89.00 was deducted from Disability Insurance Benefits fees.  As of today, we are missing attorney fees in the amount of $89.00.  These faxes were sent to the Southlake Social Security Field Office on May 20, 2014, June 20, 2014,  July 18, 2014, and August 15, 2014.

## COUNT CXLII – CAROLYN ROBINSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CAROLYN ROBINSON, is a resident of Clayton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-3152.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 2, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated May 7, 2014, indicating that the amount of $1,922.68 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $480.67 minus user fee of $30.28, totaling $450.39.  On May 2, 2014, Petitioner's attorney received a total of $337.79 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $112.60.  Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Southlake

Social Security Field Office on May 20, 2014, June 2, 2014, August 13, 2014, August 26, 2014, and September 17, 2014.

## COUNT CXLIII – ORA ELAINE LEWIS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ORA ELAINE LEWIS, is a resident of Clayton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-5503.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 2, 2012.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated December 22, 2012, indicating that the amount of $1,752.33 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $438.08 and no user fee should apply as $89.00 was deducted from Disability Insurance Benefits fees.  On January 2, 2013, Petitioner's attorney received a total of $91.16 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $346.92.  Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Southlake Social Security Field Office on October 9, 213, October 23, 2013, May 13, 2014, and May 22, 2014.

121

## COUNT CXLIV – CHARLIE FRANK EVANS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHARLIE FRANK EVANS, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-4579.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated June 20, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the South Lake Social Security Field Office on August 15, 2014, August 21, 2014, and August 28, 2014.

## COUNT CXLV – JAMES MICHAEL RADFORD

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JAMES MICHAEL RADFORD, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-7030.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 20, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Southlake Social Security Field Office on June 19, 2014, July 3, 2014, and July 18, 2014.

## COUNT CXLVI  – EBONY LATRESE ELLISON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, EBONY LATRESE ELLISON, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-9405.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 14, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent

has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Southlake Social Security Field Office on June 18, 2014, July 2, 2014, and July 16, 2014.

### COUNT CXLVII – LOUIS ELVIN GEORGE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LOUIS ELVIN GEORGE, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-2085.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 9, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Southlake Social Security Field Office on June 18, 2014, July 2, 2014, and July 15, 2014.

## COUNT CXLVIII – DRAGICA DOKIC-VUKOJEVIC

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DRAGICA DOKIC-VUKOJEVIC, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-4089.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 3, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on June 30, 2014, August 4, 2014 and August 22, 2014.

## COUNT CXLIX – ALLENE WILLIAMS-JENKINS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ALLENE WILLIAMS-JENKINS, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-1023.

125

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 20, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees.  On November 19, 2014, Petitioner's attorney received a total of $3,163.50 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice.  Petitioner's attorney has sent multiple faxes requesting these notices.  These faxes were sent to the Southlake Social Security Field Office on May 19, 2014, June 2, 2014, and June 16, 2014.

### COUNT CL – TRACY LAWRENCE  HAND

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, TRACY LAWRENCE  HAND, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-4121.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated November 8, 2013.

6. Respondent has not issued a Notice of Award for Disability insurance benefits or Supplemental Security Income Benefits indicating the amounts of Petitioner's back due

benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice for Disability insurance benefits or Supplemental Security Income Benefits indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Southlake Social Security Field Office on May 21, 2014, June 2, 2014, and June 16, 2014.

### COUNT CLI – ADOLPH DAVIDSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ADOLPH DAVIDSON, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-7903.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 24, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 23, 2014, indicating that the amount of $21,953.60 has been withheld towards back due benefits and indicating that the amount of $5,488.40 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On March 20, 2014, a total of $5,290.73 was received in attorney fees.  According to the award notice, the attorney fee should be $5,488.40 minus user fee of $89.00, totaling $5,400.40.  As of today,

127

we are missing attorney fees in the amount of $109.67.  These faxes were sent to the Southlake Social Security Field Office on March 10, 2014, March 25, 2014, June 3, 2014, and June 17, 2014.

### COUNT CLII – STEVEN RAY WOLFORD

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, STEVEN RAY WOLFORD, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-5979.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated October 23, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income dated August 31, 2012, indicating that the amount of $8,131.42 has been withheld towards back due benefits.  Petitioner's attorney filed a Fee Petition on February 3, 2014, requesting authorization of attorney fees in the amount of $4,770.00.  Respondent has issued an Authorization to Charge and Collect attorney fees in the amount of $4,770.00 dated February 20, 2014.  On July 2, 2014, a total of $4,556.00 was received in attorney fees.  According to the Authorization to charge and collect a fee, the attorney fee should be $4,770.00 minus user fee of $89.00, totaling $4,681.00.  As of today, we are missing attorney fees in the amount of $125.00.  These faxes were sent to the South Lake Social Security Field Office on May 21, 2014, June 6, 2014, and June 21, 2014.

## COUNT CLIII – EDGAR WAYNE WHITFIELD

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, EDGAR WAYNE WHITFIELD, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-8661.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 10, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued a Notice of Award for Supplemental Security Income indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice for Disability Insurance benefits and Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Payment Center on April 8, 2014, May 8, 2014, June 20, 2014, August 18, 2014, August 27, 2014, and to the South Lake Social Security Field office on July 16, 2014, August 21, 2014, and August 27, 2014.

## COUNT CLIV – STEPHEN THOMAS KRILLA

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

129

2. Petitioner, STEPHEN THOMAS KRILLA, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-0467.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 17, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees for Disability Insurance Benefits have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on August 15, 2014, August 27, 2014, and September 8, 2014.

### COUNT CLV – HARRIET REYES

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, HARRIET REYES, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-7566.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 28, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on March 28, 2014, April 10, 2014, and May 21, 2014.

## COUNT CLVI – WANCHELLA WYCHE-MOORE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WANCHELLA WYCHE-MOORE, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-0040.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 1, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 16, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $3,894.22 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even

131

though multiple faxes have been made.  These faxes were sent to the Payment Center on May 7, 2014, May 23, 2014, and June 4, 2014.

### COUNT CLVII – KENNETH EDWARD ARNOLD

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, KENNETH EDWARD ARNOLD, is a resident of Hamblen County, State of Tennessee.

3. Petitioner's Social Security number is: XXX-XX-1304.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 17, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated March 21, 2014, indicating that the amount of $2,499.00 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $612.25 minus user fee of $38.57, totaling $573.68.  On April 17, 2014, Petitioner's attorney received a total of $261.63 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $312.05.  Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Morristown Social Security Field Office on June 20, 2014, July 22, 2014, and July 29, 2014.

## COUNT CLVIII – SHEILA YOST

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SHEILA YOST, is a resident of Paulding County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-2956.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 3, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated July 22, 2014, indicating that the amount of $1,922.68 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $480.67 and no user fee should apply as $89.00 was deducted from Disability Insurance Benefits fees.  On September 2, 2014, Petitioner's attorney received a total of $450.38 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $30.29.  Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Marietta Social Security Field Office on July 18, 2014, August 8, 2014, September 22, 2014, October 7, 2014, October 27, 2014.

## COUNT CLIX – HARRIS J. LEDET JR.

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, HARRIS J. LEDET JR., is a resident of Paulding County, State of Georgia.

133

3. Petitioner's Social Security number is: XXX-XX-2656.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 31, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated January 31, 2014, indicating that the amount of $1,540.19 has been withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated June 10, 2014, indicating that the amount of $385.05 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On June 6, 2014, a total of $332.64 was received in attorney fees.  According to the award notice, the attorney fee should be $385.05 minus user fee of $24.26, totaling $360.79.  As of today, we are missing attorney fees in the amount of $28.15.  These faxes were sent to the Marietta Social Security Field Office on May 13, 2014, May 23, 2014, and July 18, 2014.

## COUNT CLX – SUSAN A. OWENS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SUSAN A. OWENS, is a resident of Paulding County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-5438.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative

134

decision dated August 8, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Marietta Social Security Field Office on September 23, 2014, October 20, 2014, and October 27, 2014.

### COUNT CLXI – KAREN ARTHUR

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, KAREN ARTHUR, is a resident of Cherokee County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-6367.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 5, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has

sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Marietta Social Security Field Office on May 21, 2014, June 20, 2014, July 2, 2014, and July 16, 2014.

## COUNT CLXII – ALTON PERCY

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ALTON PERCY, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-1327.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 25, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Marietta Social Security Field Office on August 28, 2014, September 17, and September 23, 2014.

### COUNT CLXIII – RACHAEL BROWN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, RACHAEL BROWN, is a resident of Douglas County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-8880.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 27, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Marietta Social Security Field Office on April 21, 2014, May 23, 2014, and June 30, 2014.

### COUNT CLXIV – KENDRICK L. RICHARDSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, KENDRICK L. RICHARDSON, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-5011.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the

United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 21, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees.  On September 2, 2014, and September 5, 2014, Petitioner's attorney received a total of $4,708.00 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice.  Petitioner's attorney has sent multiple faxes requesting these notices.  These faxes were sent to the Payment Center on April 10, 2014, and June 4, 2014.  In addition, Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Marietta Social Security Field Office on May 27, 2014, June 4, 2014, and June 21, 2014.

## COUNT CLXV – ANDREA HOLCOMB CREWS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ANDREA HOLCOMB CREWS, is a resident of Douglas County, State of Georgia.

138

3. Petitioner's Social Security number is: XXX-XX-6521.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 5, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Marietta Social Security Field Office on April 21, 2014, May 23, 2014, and June 20, 2014.

## COUNT CLXVI – ROSHAWNDA LATESE BROWN

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROSHAWNDA LATESE BROWN, is a resident of Cobb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-2696.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated December 14, 2013.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Marietta Social Security Field Office on May 23, 2014, June 30, 2014, and July 16, 2014.

## COUNT CLXVII – MARGARET T. MULLEN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARGARET T. MULLEN, is a resident of Cobb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-4253.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated August 1, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the

Marietta Social Security Field Office on May 13, 2014, May 27, 2014, and June 4, 2014.

## COUNT CLXVIII – ROBERT LEE MCGILL

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROBERT LEE MCGILL, is a resident of Cobb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-0331.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 7, 2013.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees.  On May 7, 2014, Petitioner's attorney received a total of $1,195.37 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice.  Petitioner's attorney has sent multiple faxes requesting these notices.  These faxes were sent to the Marietta Social Security Field Office on May 21, 2014, June 17, 2014, and July 2, 2014.

## COUNT CLXIX – WARDELL BRITT VANBUREN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WARDELL BRITT VANBUREN, is a resident of Cobb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-8132.

141

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 5, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has issued an Attorney Fee Notice indicating that the amount of $1,433.75 has been withheld towards payment of attorney's fees. On July 2, 2014, Petitioner's attorney received a total of $1,344.75 in attorney fees. As of today, it appears that the Petitioner's attorney is missing a Notice of Award. Petitioner's attorney has sent multiple faxes requesting this notice. These faxes were sent to the Marietta Social Security Field Office on May 21, 2014, June 19, 2014, and July 2, 2014.

## COUNT CLXX – MARY K. KNUPP

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARY K. KNUPP, is a resident of Cherokee County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-8261.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 28, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent

142

has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Marietta Social Security Field Office on May 6, 2014, June 2, 2014, and June 16, 2014.

## COUNT CLXXI – THOMAS W. MORRISON III

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, THOMAS W. MORRISON III, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-6811.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 13, 2012.

6. Respondent has not issued a Notice of Award for Disability Insurance or Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Marietta Social Security Field Office on June 17, 2014, June 30, 2014, and July 15, 2014.

143

## COUNT CLXXII – DAVID MITCHELL

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DAVID MITCHELL, is a resident of Cobb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-5229.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 22, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated May 19, 2014, indicating that the amount of $16,327.00 has been withheld towards back due benefits. Respondent has issued an Attorney Fee Notice dated May 26, 2014, indicating that the amount of $4,081.75 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On may 27, 2014 and July 2, 2014, a total of $3,734.89 was received in attorney fees.  According to the award notice, the attorney fee should be $4,081.75 minus user fee of $89.00, totaling $3,992.75.  As of today, we are missing attorney fees in the amount of $258.86.  These faxes were sent to the Payment Center on May 8, 2014, June 3, 2014, and June 17, 2014.

## COUNT CLXXIII – MICHAEL ANDERSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, MICHAEL ANDERSON, is a resident of Cobb County, State of Georgia.

3.  Petitioner's Social Security number is: XXX-XX-2228.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 22, 2014.

6.  Respondent has issued a Notice of Award for Disability Insurance Benefits dated June 28, 2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on June 17, 2014, July 1, 2014, and July 18, 2014.

## COUNT CLXXIV – TOMMIE LEE MAY

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, TOMMIE LEE MAY, is a resident of Fulton County, State of Georgia.

3.  Petitioner's Social Security number is: XXX-XX-7476.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 27, 2014.

6.  Respondent has issued a Notice of Award for Disability Insurance Benefits dated February 15, 2014, indicating that the amount of $2,075.25 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not

been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on March 18, 2014, March 28, 2014, and April 10, 2014.

## COUNT CLXXV – CHARLES EDWARD BEATTY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHARLES EDWARD BEATTY, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-1668.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 26, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated August 5, 2013, indicating that the amount of $11,701.38 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $2,925.34 minus user fee of $50.64, totaling $2,874.70.  On April 10, 2014, April 11, 2014, and April 15, 2014, Petitioner's attorney received a total of $1,483.98 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $1,390.72.  Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Marietta Social Security Field Office on July 14, 2014, August 18, 2014, and September 1, 2014.

## COUNT CLXXVI – QUAID NIGEL CARR

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, QUAID NIGEL CARR, is a resident of Taylor County, State of West Virginia.

3. Petitioner's Social Security number is: XXX-XX-3717.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 11, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees.  On February 11, 2014, and February 12, 2014, Petitioner's attorney received a total of $355.00 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice.  Petitioner's attorney has sent multiple faxes requesting these notices.  These faxes were sent to the Middletown Mall Social Security Field Office on May 6, 2014, May 21, 2014, and August 15, 2014.

### COUNT CLXXVII – JAMES ANTHONY DESGRO

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JAMES ANTHONY DESGRO, is a resident of Brevard County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1377.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the

United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated September 17, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Melbourne Social Security Field Office on September 26, 2014, October 10, 2014, and November 10, 2014.

### COUNT CLXXVIII – PATRICIA FORESMAN

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, PATRICIA FORESMAN, is a resident of Brevard County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0635.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 27, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards

payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Melbourne Social Security Field Office on July 2, 2014, August 26, 2014,  September 10, 2014, and September 23, 2014.

### COUNT CLXXIX – GLENDA ANNETTE RODRIGUEZ

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, GLENDA ANNETTE RODRIGUEZ, is a resident of Brevard County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-2200.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 4, 2014.

6.  Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Melbourne Social Security Field Office on May 27, 2014, June 5, 2014, and June 18, 2014.

149

## COUNT CLXXX – DORIS JOHANNA HERLIHY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DORIS JOHANNA HERLIHY, is a resident of Brevard County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4742.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 25, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees.  On April 25, 2014, Petitioner's attorney received a total of $1,826.50 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice.  Petitioner's attorney has sent multiple faxes requesting these notices.  These faxes were sent to the Melbourne Social Security Field Office on May 21, 2014, June 2, 2014, and June 16, 2014.

## COUNT CLXXXI – WILLIAM EVERETT DEFFENDALL

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WILLIAM EVERETT DEFFENDALL, is a resident of Brevard County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9981.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 28, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated July 22, 2014, indicating that the amount of $970.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on June 3, 2014, June 17, 2014, and July 1, 2014.

### COUNT CLXXXII – JEFFREY CUNNINGHAM

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JEFFREY CUNNINGHAM, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4076.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 12, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has

sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Margate Social Security Field Office on April 21, 2014, May 13, 2014, and May 23, 2014.

### COUNT CLXXXIII – LUIS M. MONSALVE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LUIS M. MONSALVE, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1360.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 4, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on August 27, 2014, September 23, 2014, and October 17, 2014.  On the other hand, Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to

Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Margate Social Security Field Office on September 17, 2014, September 23, 2014, and October 16, 2014.

## COUNT CLXXXIV – JUDITH CAROL LEONARD

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JUDITH CAROL LEONARD, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3126.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 14, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated June 15, 2014, indicating that the amount of $3,797.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made. On October 1, 2014, a total of $3,015.00 was received in attorney fees. According to the award notice, the attorney fee should be $3,797.00 minus user fee of $89.00, totaling $3,708.00. As of today, we are missing attorney fees in the amount of $693.00. These faxes were sent to the Payment Center on June 3, 2014, July 1, 2014, and July 17, 2014.

## COUNT CLXXXV – FLORENCE CHALSSAINT

153

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, FLORENCE CHALSSAINT, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9699.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 24, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on May 7, 2014, July 2, 2014, and July 31, 2014.

### COUNT CLXXXVI – KIMBERLY A. LIOTTA

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, KIMBERLY A. LIOTTA , is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5892.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative

Law Judge decision dated January 29, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated February 24, 2014, indicating that the amount of $5,674.10 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On August 1, 2014, a total of $2,792.55 was received in attorney fees.  According to the award notice, the attorney fee should be $5,674.10 minus user fee of $89.00, totaling $5,585.10.  As of today, we are missing attorney fees in the amount of $2,792.55.  These faxes were sent to the Payment Center on April 25, 2014, May 6, 2014, May 23, 2014, June 4, 2014, and July 25, 2014.

## COUNT CLXXXVII – ROGER PROVUS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROGER PROVUS , is a resident of Loudoun County, State of Virginia.

3. Petitioner's Social Security number is: XXX-XX-1422.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 21, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's

attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on May 8, 2014, June 3, 2014, and June 17, 2014.

## COUNT CLXXXVIII – FELIKS ODESSKY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, FELIKS ODESSKY , is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9917.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated August 12, 2013.

6. Respondent has not issued the Notice of Award for Supplemental Security Income Benefits indicating the amount withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated August 14, 2014, indicating that the amount of $321.84 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On August 16, 2013, a total of $151.04 was received in attorney fees.  According to the award notice, the attorney fee should be $321.84 minus user fee of $20.26, totaling $301.56.  As of today, we are missing attorney fees in the amount of $150.52.  These faxes were sent to the Miami North Social Security Field Office on October 22, 2013, September 29, 2014, October 8, 2014, October 23, 2014, and November 13, 2014.

## COUNT CLXXXIX – ESTER PALAU

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ESTER PALAU, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5203.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated September 12, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Miami North Social Security Field Office on September 23, 2014, October 16, 2014, October 27, 2014, and November 13, 2014.

## COUNT CXC – AUDREY BAROODY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, AUDREY BAROODY, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3057.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 13, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated September 1, 2014, indicating that the amount of $17,801.00 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $4,450.25 minus user fee of $89.00, totaling $4,361.25.  On December 11, 2014, Petitioner's attorney received a total of $2,755.70 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $1,605.55. Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Miami North Social Security Field Office on September 17, 2014, September 26, 2014, and October 20, 2014.

## <u>COUNT CXCI – CHARMAINE LATRICE DAVIS</u>

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHARMAINE LATRICE DAVIS, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2484.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative

Law Judge decision dated March 24, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Miami North Social Security Field Office on Mat 13, 2014, May 23, 2014, and June 30, 2014.

## COUNT CXCII – PATSHAWNDRIA ANBRIA IVEY

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, PATSHAWNDRIA ANBRIA IVEY, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6440.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 21, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated April 4, 2014, indicating that the amount of $5,003.00 has been withheld towards back due benefits. Respondent has issued an Attorney Fee Notice dated April 4, 2014, indicating that the amount of $1,250.75 has been withheld towards payment of attorney's fees, but, as of

today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On June 13, 2014, a total of $895.79 was received in attorney fees.  According to the award notice, the attorney fee should be $1,250.75 minus user fee of $78.80, totaling $1,171.95.  As of today, we are missing attorney fees in the amount of $306.16.  These faxes were sent to the Miami North Social Security Field Office on May 23, 2014, June 4, 2014, and June 17, 2014.

### COUNT CXCIII – MARKELY J. BLOT

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, MARKELY J. BLOT, is a resident of Miami-Dade County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-2227.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 19, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees.  On February 19, 2014, Petitioner's attorney received a total of $836.74 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice.  Petitioner's attorney has sent multiple faxes requesting these notices.  These faxes were sent to the Miami North Social Security Field Office on April 15, 2014, April 28, 2014, and May 6, 2014.

160

## COUNT CXCIV – ERNESTINE MILLER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ERNESTINE MILLER, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0513.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 20, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Miami North Social Security Field Office on April 10, 2014, May 6, 2014, and May 19, 2014.

## COUNT CXCV – ELAINE LILES

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ELAINE LILES, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0221.

161

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 29, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees.  On August 6, 2014, Petitioner's attorney received a total of $1,003.07 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice.  Petitioner's attorney has sent multiple faxes requesting these notices.  These faxes were sent to the Miami North Social Security Field Office on April 10, 2014, May 6, 2014, and May 19, 2014.

### COUNT CXCVI – KATIA RICO CANCINO

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, KATIA RICO CANCINO, is a resident of Miami-Dade County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-1015.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 4, 2014.

6.  Respondent has issued a Notice of Award for Disability Insurance Benefits dated September 16, 2014, indicating that the amount of $8,272.00 has been withheld towards back due

benefits. Respondent has issued an Attorney Fee Notice dated October 12, 2014, indicating that the amount of $2,068.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made. On October 9, 2014, a total of $790.99 was received in attorney fees. According to the award notice, the attorney fee should be $2,068.00 minus user fee of $89.00, totaling $1,979.00. As of today, we are missing attorney fees in the amount of $1,188.01. These faxes were sent to the Payment Center on August 26, 2014, September 17, 2014, and September 24, 2014.

## COUNT CXCVII – GUADALUPE GUARIN

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, GUADALUPE GUARIN, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9248.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 25, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated September 18, 2014, indicating that the amount of $353.75 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made. On November 4, 2014 , a total of $108.16 was received in attorney fees. According to the award notice, the attorney fee should be $353.75 minus user fee of $22.29, totaling $331.46. As of

163

today, we are missing attorney fees in the amount of $223.30. These faxes were sent to the Payment Center on September 10, 2014, September 29, 2014, and October 9, 2014. On the other hand, Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Miami North Social Security Field Office on September 11, 2014, September 26, 2014, and October 9, 2014.

### COUNT CXCVIII – RAFAEL ARCANGEL PEREZ

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, RAFAEL ARCANGEL PEREZ, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1553.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 20, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated April 20, 2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not

been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on April 10, 2014, July 2, 2014, and July 16, 2014.  In addition, Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Miami North Social Security Field Office on July 2, 2014, July 16, 2014, and August 27, 2014.

## COUNT CXCIX – DORIS DAVILA

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DORIS DAVILA, is a resident of Lake County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7308.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 24, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to

Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Leesburg Social Security Field Office on May 27, 2014, June 4, 2014, and June 17, 2014.

## COUNT CC – LARRY BERNARD EVANS

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LARRY BERNARD EVANS, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3878.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated December 19, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated December 24, 2013, indicating the amounts of Petitioner's back due benefits, and monthly benefits. In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $660.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Lakeland Security Field Office on May 13, 2014, June 4, 2014, and June 30, 2014.

## COUNT CCI – EVELYN ORTIZ

166

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, EVELYN ORTIZ, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2749.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated October 23, 2013.

6. Respondent has issued a Notice of Award for Auxiliary Disability Insurance Benefits dated February 7, 2014, indicating that the amount of $337.75 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on August 5, 2014, August 19, 2014, and August 26, 2014.

## COUNT CCII – REBECCA ANN GREEN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, REBECCA ANN GREEN, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9466.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated October 1, 2013.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amount withheld towards back due benefits. Respondent has issued an Attorney Fee Notice dated June 26, 2014, indicating that the amount of $1,429.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made. On June 25, 2014, a total of $580.88 was received in attorney fees. According to the award notice, the attorney fee should be $1,429.00 minus user fee of $89.00, totaling $1,340.00. As of today, we are missing attorney fees in the amount of $759.12. These faxes were sent to the Lakeland Social Security Field Office on April 28, 2014, May 6, 2014, and July 2, 2014.

## COUNT CCIII – JIMMY SALADRIGAS

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JIMMY SALADRIGAS, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1848.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated September 11, 2013.

6. Respondent has not issued a Notice of Award for Disability Insurance or Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's

fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Lakeland Social Security Field Office on June 2, 2014, June 16, 2014, and June 30, 2014.

### COUNT CCIV – RODRICK BURGESS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, RODRICK BURGESS, is a resident of Seminole County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5196.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated June 6, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated June 27, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $480.67 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Lake Mary Social Security Field Office on July 15, 2014, August 4, 2014, and August 13, 2014.

## COUNT CCV – DIANNE C. WORTHY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DIANNE C. WORTHY, is a resident of Troup County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-8069.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 21, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Lagrange Social Security Field Office on May 9, 2014, May 28, 2014, and June 19, 2014.

## COUNT CCVI – WILLIAM L. ROBINSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WILLIAM L. ROBINSON, is a resident of Meriwether County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-9862.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the

United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 19, 2014.

6.  Respondent has issued a Notice of Award for Disability Insurance Benefits dated October 4, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on September 11, 2014, September 25, 2014, and October 17, 2014.

## COUNT CCVII – PAUL L. ABBOTT

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, PAUL L. ABBOTT, is a resident of Knox County, State of Tennessee.

3.  Petitioner's Social Security number is: XXX-XX-9660.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 4, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to

171

Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Knoxville Social Security Field Office on September 29, 2014, October 20, 2014, and November 10, 2014.

## COUNT CCVIII – CLYDE BRENT ROBERTS

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, CLYDE BRENT ROBERTS, is a resident of Osceola County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-4899.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 10, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Kissimmee Social Security Field Office on May 9, 2014, May 23, 2014, and June 30, 2014.

## COUNT CCIX – JORGE LUIS SANCHEZ

172

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JORGE LUIS SANCHEZ, is a resident of Osceola County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7705.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated August 18, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Kissimmee Social Security Field Office on June 17, 2014, June 30, 2014, July 17, 2014, and August 13, 2014.

## COUNT CCX – JUAN GARCIA VALDEZ

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JUAN GARCIA VALDEZ, is a resident of Monroe County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6987.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 17, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has issued an Attorney Fee Notice indicating that the amount of $120.17 has been withheld towards payment of attorney's fees. On March 17, 2014, Petitioner's attorney received a total of $112.60 in attorney fees. As of today, it appears that the Petitioner's attorney is missing a Notice of Award. Petitioner's attorney has sent multiple faxes requesting this notice. These faxes were sent to the Key West Social Security Field Office on May 6, 2014, May 21, 2014, and June 16, 2014.

### COUNT CCXI – FLORENCE A. FLEMMING

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, FLORENCE A. FLEMMING, is a resident of Duval County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1820.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 4, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to

Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Jacksonville Social Security Field Office on April 21, 2014, May 13, 2014, and July 2, 2014.

### COUNT CCXII – EMMA DEL-SOCORRO GARCIA

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, EMMA DEL-SOCORRO GARCIA, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8677.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 2, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney.  On the other hand, Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees. On August 14, 2014, and August 19, 2014, Petitioner's attorney received a total of $675.58 in attorney fees.  As of today, it

175

appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice. Petitioner's attorney has sent multiple faxes requesting these notices. These faxes were sent to the Jackson Hospital Social Security Field Office on August 14, 2014, August 25, 2014, and September 9, 2014.

## COUNT CCXIII – JAMES DAVID EIKENBERRY

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JAMES DAVID EIKENBERRY, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4583.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 31, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Hialeah Social Security Field Office on May 13, 2014, May 23, 2014, and June 4, 2014.

## COUNT CCXIV – IVONNE YANES

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, IVONNE YANES, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5045.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated June 27, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on July 18, 2018, August 8, 2014, and August 19, 2014.  In addition,  Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated August 4, 2014, indicating that the amount of $14,956.00 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $3,739.00 minus user fee of $89.00, totaling $3,650.00.  On December 4, 2014, Petitioner's attorney received a total of $592.75 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $3,057.25.  Petitioner's attorney has

sent multiple faxes requesting these missing fees. These faxes were sent to the Hialeah Social Security Field Office on July 21, 2014, August 8, 2014, and August 19, 2014..

## COUNT CCXV – LAUBETTE A. YAEGER

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LAUBETTE A. YAEGER, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2823.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 21, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Payment Center Office on September 11, 2014, September 22, 2014, and October 6, 2014.

## COUNT CCXVI – YARELYS TRUJILLO

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, YARELYS TRUJILLO, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5442.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 29, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated July 6, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $4,654.63 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on June 20, 2014, July 3, 2014, and July 17, 2014.

### COUNT CCXVII – MARIA M. RODRIGUEZ

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARIA M. RODRIGUEZ, is a resident of Hillsborough County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8748.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 31, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits

indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Carrollwood Social Security Field Office on August 27, 2014, September 17, 2014, and September 23, 2014.

### COUNT CCXVIII – EDUARDO MANES

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, EDUARDO MANES, is a resident of Hillsborough County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3548.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 21, 2014.

6. Respondent has issued a Notice of Award for Auxiliary Disability Insurance Benefits dated April 4, 2014, indicating that the amount of $1,141.75 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Payment Center on March 18, 2014, March 28, 2014, and April 10, 2014.

## COUNT CCXIX – JODY LYNN PRESS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JODY LYNN PRESS, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5160.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 24, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Miami North Social Security Field Office on May 27, 2014, June 19, 2014, and July 14, 2014.

## COUNT CCXX – MELINDA THEMM

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MELINDA THEMM, is a resident of Coweta County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-8352.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the

United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 28, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Griffin Social Security Field Office and Payment Center on May 6, 2014, May 19, 2014, June 16, 2014, July 14, 2014, July 31, 2014, and August 19, 2014.

## COUNT CCXXI – TRISTAN MICHAEL ARDREY

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, TRISTAN MICHAEL ARDREY, is a resident of Citrus County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2177.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated October 2, 2013.

6. Respondent has issued six Notices of Award for Auxiliary Disability Insurance Benefits all dated February 28, 2014, indicating that the amount of $294.41 has been withheld towards payment of attorney's fees from five of the Auxiliaries and $17.01 from one Auxiliary

totaling $1,489.06, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on August 8, 2014, August 14, 2014, and August 25, 2014.

## COUNT CCXXII – ESPERANZA BULLARD

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, ESPERANZA BULLARD, is a resident of Okaloosa County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-6169.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 10, 2014.

6.  Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Fort Walton Beach Social Security Field Office on August 4, 2014, August 13, 2014, August 26, 2014, and September 15, 2014.

## COUNT CCXXIII – JAMES ALVIN CLARK JR.

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JAMES ALVIN CLARK JR., is a resident of Citrus County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3406.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 21, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Gainesville Social Security Field Office on April 15, 2014, April 28, 2014, and May 21, 2014.

## COUNT CCXXIV – MARY ELIZABETH STREITZ

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARY ELIZABETH STREITZ, is a resident of Alachua County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3105.

184

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 1, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated July 1, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $1,272.75 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Gainesville Social Security Field Office on July 18, 2014, August 13, 2014, and August 27, 2014.

### COUNT CCXXV – ANGELA G. GREENMAN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ANGELA G. GREENMAN, is a resident of Citrus County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4729.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 12, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amount withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated July 22, 2014, indicating that the amount of $3,670.63 has been withheld towards

payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On October 22, 2014, a total of $1,790.81 was received in attorney fees.  According to the award notice, the attorney fee should be $3,670.63 minus user fee of $89.00, totaling $3,581.63.  As of today, we are missing attorney fees in the amount of $1,790.82.  These faxes were sent to the Payment Center on June 5, 2014, July 3, 2014, and July 16, 2014.

## COUNT CCXXVI – MARION ELIZABETH ADAIR

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARION ELIZABETH ADAIR, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2371.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 10, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated March 24, 2014, indicating that the amount of $2,873.00 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $718.25 minus user fee of $45.25, totaling $673.00.  On June 16, 2014, Petitioner's attorney received a total of $504.10 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $168.90.  Petitioner's

attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Ft. Lauderdale East Social Security Field Office on April 21, 2014, May 23, 2014, and June 4, 2014.

### COUNT CCXXVII – BRENDA MATA JACKSON SANDERS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, BRENDA MATA JACKSON SANDERS, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8444.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 23, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated September 3, 2013, indicating that the amount of $8,347.40 has been withheld towards back due benefits.  Petitioner's attorney filed a Fee Petition on November 27, 2013, requesting authorization of attorney fees in the amount of $6,500.00.  Respondent has issued an Authorization to Charge and Collect attorney fees in the amount of $6,500.00 dated February 11, 2014.  As of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Ft. Lauderdale East Social Security Field Office on June 6, 2014, June 20, 2014, and August 4, 2014.

## COUNT CCXXVIII – JULIA ERNESTINE MACK

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JULIA ERNESTINE MACK, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4419.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 17, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has issued an Attorney Fee Notice indicating that the amount of $721.00 has been withheld towards payment of attorney's fees. On August 22, 2014, Petitioner's attorney received a total of $675.58 in attorney fees. As of today, it appears that the Petitioner's attorney is missing a Notice of Award. Petitioner's attorney has sent multiple faxes requesting this notice. These faxes were sent to the Ft. Lauderdale East Social Security Field Office on August 26, 2014, September 22, 2014, and October 17, 2014.

## COUNT CCXXIX – CHERNARD DUVAL

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHERNARD DUVAL, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6860.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the

United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 10, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Payment Center on June 3, 2014, June 17, 2014, and July 17, 2014. In addition, Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated April 21, 2014, indicating that the amount of $2,301.63 has been withheld towards back due benefits. However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. According to the award notice, the attorney fee should be $575.41 minus user fee of $36.25, totaling $539.16. On April 21, 2014 and April 24, 2014, Petitioner's attorney received a total of $502.91 in attorney fees. As of today, it appears that the Petitioner's attorney is missing fees in the amount of $36.25.

### COUNT CCXXX – MARVA RICHARDSON

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARVA RICHARDSON, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4789.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the

United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 16, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income and Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the  Ft. Lauderdale East Social Security Field Office and Payment Center on August 19, 2014, August 27, 2014, and September 17, 2014.

### COUNT CCXXXI – JEFFREY GREENBERG

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JEFFREY GREENBERG, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4971.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 1, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated October 6, 2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not

been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on May 27, 2014, June 5, 2014, and June 20, 2014.

### COUNT CCXXXII – REGINA YVETTE YOUNG

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, REGINA YVETTE YOUNG, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4128.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 25, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated May 24, 2014, indicating that the amount of $2,229.25 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On June 2, 2014, a total of $1,426.85 was received in attorney fees.  According to the award notice, the attorney fee should be $2,229.25 minus user fee of $89.00, totaling $2,140.25.  As of today, we are missing attorney fees in the amount of $713.40.  These faxes were sent to the Payment Center on May 7, 2014, May 7, 2014, June 3, 2014, and June 17, 2014.

### COUNT CCXXXIII – CAMERAN AUSTIN JONES

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CAMERAN AUSTIN JONES, is a resident of Hillsborough County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9182.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated June 13, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has issued an Attorney Fee Notice indicating that the amount of $3,915.25 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Tampa Social Security Field Office on August 8, 2014, August 20, 2014, and September 10, 2014.

## COUNT CCXXXIV – AMY B. HUFFMASTER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, AMY B. HUFFMASTER, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2507.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 28, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees. On June 6, 2014, Petitioner's attorney received a total of $671.37 in attorney fees. As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice. Petitioner's attorney has sent multiple faxes requesting these notices. These faxes were sent to the Tampa Social Security Field Office on April 16, 2014, May 6, 2014, and May 21, 2014.

## COUNT CCXXXV – SUSANNAH M. BULTRON CLAUDIO

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SUSANNAH M. BULTRON CLAUDIO, is a resident of Polk County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6026.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 20, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated April 19, 2014, indicating that the amount of $3,722.50 has been withheld towards payment of attorney's fees. In addition, Respondent has issued two Notices of Award for Auxiliary Disability Insurance benefits dated April 20, 2014, indicating that the amount of $1,051.50 has been withheld from each Auxiliary towards payment of attorney fees, but, as of today,

December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on April 10, 2014, April 25, 2014, and May 7, 2014.  On the other hand, Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Tampa Social Security Field Office on April 21, 2014, May 23, 2014, and June 4, 2014.

## COUNT CCXXXVI – MARY RUTH HETZEL

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARY RUTH HETZEL, is a resident of Hillsborough County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0575.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 1, 2014.

6. Respondent has issued an Attorney Fee Notice for Disability Insurance Benefits dated May 18, 2014, indicating that the amount of $3,217.47 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes

were sent to the Payment Center on April 25, 2014, May 7, 2014, and July 1, 2014.

### COUNT CCXXXVII – ANA H. BORRERO RIVERO

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ANA H. BORRERO RIVERO, is a resident of Lee County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1820.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 9, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has issued an Attorney Fee Notice indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees.  On July 9, 2014, Petitioner's attorney received a total of $506.68 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award.  Petitioner's attorney has sent multiple faxes requesting this notice.  These faxes were sent to the Ft. Myers Social Security Field Office on July 28, 2014, August 14, 2014, and August 25, 2014.

### COUNT CCXXXVIII – HERTA LUCY LAYTON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, HERTA LUCY LAYTON, is a resident of Lee County, State of Florida.

195

3. Petitioner's Social Security number is: XXX-XX-4518.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 18, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated February 1, 2014, indicating that the amount of $7,136.00 has been withheld towards back due benefits. Respondent has issued an Attorney Fee Notice dated March 1, 2014, indicating that the amount of $1,784.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On February 24, 2014, a total of $835.80 was received in attorney fees.  According to the award notice, the attorney fee should be $1,784.00 minus user fee of $89.00, totaling $1,695.00.  As of today, we are missing attorney fees in the amount of $859.20.  These faxes were sent to the Payment Center on February 11, 2014, June 6, 2014, and June 30, 2014.

## COUNT CCXXXIX – ALPHONZO JENKINS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ALPHONZO JENKINS, is a resident of Lee County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8459.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative

Law Judge decision dated February 6, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated March 3, 2014, indicating that the amount of $5,258.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On March 3, 2014, a total of $ 3,446.35 was received in attorney fees.  According to the award notice, the attorney fee should be $5,258.50 minus user fee of $89.00, totaling $5,169.50.  As of today, we are missing attorney fees in the amount of $ 1,723.15.  These faxes were sent to the Payment Center on February 26, 2014, March 10, 2014, March 18, 2014, April 1, 2014, April 10, 2014, and May 7, 2014.

### COUNT CCXL – EMELIA KATHLEEN MONZON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, EMELIA KATHLEEN MONZON, is a resident of Lee County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6697.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 6, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's

attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Payment Center on January 21, 2014, March 18, 2014, June 25, 2014, and August 18, 2014.

**COUNT CCXLI – LEAH D. GLASS**

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LEAH D. GLASS, is a resident of San Bernardino County, State of California.

3. Petitioner's Social Security number is: XXX-XX-5696.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 2, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated April 30, 2013, indicating that the amount of $3,104.50 has been withheld towards back due benefits. However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. According to the award notice, the attorney fee should be $3,104.50 minus user fee of $38.15, totaling $3,066.35. On May 23, 2014, May 24, 2014, and May 28, 2014, Petitioner's attorney received a total of $919.83 in attorney fees. As of today, it appears that the Petitioner's attorney is missing fees in the amount of $ 2,146.52. Petitioner's attorney has sent multiple faxes requesting these missing fees. These faxes were initially sent to the Las Vegas Social Security Field Office on August 23, 2014, and August 30, 2014. Later on, we were notified that the Fontana Social Security

Field Office had jurisdiction and faxes were sent to this office on July 14, 2014, August 19, 2014, and September 18, 2014.

## COUNT CCXLII – DAVID GREEN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DAVID GREEN, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8541.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 13, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has issued an Attorney Fee Notice for Supplemental Security Income Benefits dated April 16, 2014, indicating that the amount of $849.78 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On April 11, 2014, a total of $465.34 was received in attorney fees.  According to the award notice, the attorney fee should be $849.77 and no user fee should apply as $89.00 was deducted from Disability Insurance Benefits fees.  As of today, we are missing attorney fees in the amount of $384.43.  These faxes were sent to the South Palm Beach Social Security Field Office on April 21, 2014, June 4, 2014, and June 20, 2014,

199

## COUNT CCXLIII – ALEXANDER GEORGE HARRINGTON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ALEXANDER GEORGE HARRINGTON, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3411.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 11, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated August 1, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $599.01 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the South Palm Beach Social Security Field Office on August 5, 2014, August 21, 2014, and September 10, 2014.

## COUNT CCXLIV – ROLAND M. DYER JR.

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROLAND M. DYER JR., is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4422.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 15, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the South Palm Beach Social Security Field Office on July 17, 2014, July 28, 2014, and August 15, 2014.

## COUNT CCXLV – ROBERT GIBSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROBERT GIBSON, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7134.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 29, 2013.

6. Respondent has not issued a Notice of Award for Disability Insurance or Supplemental Security Income Benefits indicating the amount that has been withheld towards back due

benefits.  Petitioner's attorney filed a Fee Petition on September 16, 2013, requesting authorization of attorney fees in the amount of $7,852.50.  Respondent has issued an Authorization to Charge and Collect attorney fees in the amount of $7,852.50 dated January 28, 2014.  As of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on May 7, 2014, June 6, 2014, and June 20, 2014, and to the South Palm Beach Social Security Field Office on June 6, 2014, June 20, 2014, and July 25, 2014.

### COUNT CCXLVI – ANN L. PRIZZI

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ANN L. PRIZZI, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2751.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 9, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the South Palm Beach Social Security Field Office on August 15, 2014, August 27, 2014,

and September 8, 2014.

## COUNT CCXLVII – NANCY KELLEY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, NANCY KELLEY, is a resident of Palm Beach County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6318.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 15, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated May 11, 2014, indicating that the amount of $5,794.50 has been withheld towards payment of attorney's fees.  In addition, Respondent has issued an Notice of Award for Auxiliary Disability Insurance Benefits dated July 19, 2014, indicating that the amount of $205.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on May 7, 2014, May 27, 2014, and June 4, 2014.

## COUNT CCXLVIII – WANDA DURON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WANDA DURON, is a resident of Volusia County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-6754.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated August 25, 2014.

6.  Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Deland Social Security Field Office on September 15, 2014, September 26, 2014, and October 8, 2014.

**COUNT CCXLIX – JEFFERY JOHN KOENIG**

1.  This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, JEFFERY JOHN KOENIG, is a resident of Volusia County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-4635.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated August 15, 2014.

6.  Respondent has issued a Notice of Award for Disability Insurance Benefits dated August 15,

204

2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Payment Center on August 25, 2014, September 11, 2014, and October 6, 2014.

## COUNT CCL – CHARLES EUGENE JOHNSON

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHARLES EUGENE JOHNSON, is a resident of DeKalb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-9795.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 24, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated April 29, 2014, indicating that the amount of $3,816.04 has been withheld towards back due benefits. Respondent has issued an Attorney Fee Notice dated May 9, 2014, indicating that the amount of $954.01 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made. On April 29, 2014, and May 2, 2014, a total of $693.70 was received in attorney fees. According to the award notice, the attorney fee should be $954.01 minus user fee of $60.10, totaling $893.91. As of

today, we are missing attorney fees in the amount of $200.21. These faxes were sent to the Decatur Social Security Field Office on April 21, 2014, Jul 18, 2014, August 4, 2014, and August 15, 2014.

## COUNT CCLI – LINDA GATLIN

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LINDA GATLIN, is a resident of DeKalb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-6633.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated September 17, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Decatur Social Security Field Office on September 29, 2014, October 8, 2014, and October 22, 2014.

## COUNT CCLII – CARL EDWARD CHOICE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CARL EDWARD CHOICE, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-3655.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 19, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Decatur Social Security Field Office on August 13, 2014, August 27, 2014, and September 15, 2014.

## COUNT CCLIII – TAMARA BROWN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, TAMARA BROWN, is a resident of DeKalb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-0794.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 3, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were initially sent to the Covington Social Security Field Office on April 21, 2014, and May 23, 2014.  Later on, we were notified that the Decatur Social Security Field Office has jurisdiction and faxes were sent to this office on June 18, 2014, July 16, 2014, and August 1, 2014.

## COUNT CCLIV – ALPHONSO CARTEZ GRESHAM

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, ALPHONSO CARTEZ GRESHAM, is a resident of DeKalb County, State of Georgia.

3.  Petitioner's Social Security number is: XXX-XX-3191.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 23, 2014.

6.  Respondent has issued a Notice of Award for Supplemental Security Income Benefits

indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Decatur Social Security Field Office on

## COUNT CCLV – PAUL DUANE ROBINSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, PAUL DUANE ROBINSON, is a resident of DeKalb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-9301.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated December 9, 2013.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Decatur Social Security Field Office on May 13, 2014, May 23, 2014, and June 30, 2014.

209

## COUNT CCLVI – ASIM MENOMINI MCCLESTER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ASIM MENOMINI MCCLESTER, is a resident of DeKalb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-5641.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 17, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees.  On September 12, 2014, and September 16, 2014, Petitioner's attorney received a total of $1,342.00 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice.  Petitioner's attorney has sent multiple faxes requesting these notices.  These faxes were sent to the Decatur Social Security Field Office on August 5, 2014, August 14, 2014, August 25, 2014, and September 22, 2014.

## COUNT CCLVII – PAMELA JEAN NEWTON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, PAMELA JEAN NEWTON, is a resident of Whitfield County, State of Georgia.

210

3. Petitioner's Social Security number is: XXX-XX-0881.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated August 18, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated August 19, 2014, indicating that the amount of $1,201.68 has been withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated September 18, 2014, indicating that the amount of $300.42 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On September 15, 2014, a total of $225.20 was received in attorney fees.  According to the award notice, the attorney fee should be $300.42 minus user fee of $18.93, totaling $281.49.  As of today, we are missing attorney fees in the amount of $56.29.  These faxes were sent to the Dalton Social Security Field Office on September 17, 2014, September 23, 2014, October 8, 2014, October 23, 2014 and November 17, 2014.

### COUNT CCLVIII – JAMES H. HOLMES

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JAMES H. HOLMES, is a resident of Whitfield County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-6208.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

211

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 12, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees. These faxes were sent to the Decatur Social Security Field Office on September 10, 2014, September 29, 2014, and October 8, 2014.

## COUNT CCLIX – MICHAEL DENNIS LONG

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MICHAEL DENNIS LONG, is a resident of DeKalb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-9602.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated June 13, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated August 18, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits. In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $316.80 has been withheld towards payment of attorney's fees, but, as of today,

December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Dade City Social Security Field Office on July 16, 2014, August 5, 2014, and August 20, 2014.

### COUNT CCLX – DAVID LAWRENCE CROUSE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DAVID LAWRENCE CROUSE, is a resident of Pasco County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9142.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated October 11, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Dade City Social Security Field Office on April 15, 2014, May 23, 2014, June 4, 2014, and June 18, 2014.

### COUNT CCLXI – ANTHONY DESANTIS

213

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ANTHONY DESANTIS, is a resident of Pasco County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9552.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 9, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance or Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Dade City Social Security Field Office on April 16, 2014, April 28, 2014, and May 21, 2014.

## COUNT CCLXII – CHRISTOPHER R. SHIRMO

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CHRISTOPHER R. SHIRMO, is a resident of Pasco County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5741.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 18, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated August 17, 2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on August 19, 2014, August 25, 2014, and September 8, 2014.

## COUNT CCLXIII – KEVIN A. MORRIS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, KEVIN A. MORRIS, is a resident of Pasco County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0851.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated June 30, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated September 13, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on July

28, 2014, August 19, 2014, and August 25, 2014.

## COUNT CCLXIV – CAROLE ANNE ROSS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, CAROLE ANNE ROSS, is a resident of Pasco County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-4668.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 28, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on May 8, 2014, June 3, 2014, and June 17, 2014.

## COUNT CCLXV – LINDA C. WILLIAMSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LINDA C. WILLIAMSON, is a resident of Newton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-4829.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 21, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Covington Social Security Field Office on May 9, 2014, May 27, 2014, June 5, 2014, and June 23, 2014.

## COUNT CCLXVI – JOHN ARVY BIRON

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, JOHN ARVY BIRON, is a resident of Newton County, State of Georgia.

3.  Petitioner's Social Security number is: XXX-XX-5245.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 14, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent

has issued an Attorney Fee Notice indicating that the amount of $1,432.85 has been withheld towards payment of attorney's fees.  On July 21, 2014, Petitioner's attorney received a total of $1,343.85 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award.  Petitioner's attorney has sent multiple faxes requesting this notice. These faxes were sent to the Covington Social Security Field Office on July 28, 2014, August 14, 2014, and August 25, 2014.

### COUNT CCLXVII – GAIL SYKES-HINDS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, GAIL SYKES-HINDS, is a resident of DeKalb County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-2122.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 23, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has issued an Attorney Fee Notice indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees.  On August 22, 2014, Petitioner's attorney received a total of $5,911.00 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award.  Petitioner's attorney has sent multiple faxes requesting this notice.  These faxes were sent to the Covington Social Security Field Office on March 26, 2014, May 6, 2014, and May 19, 2014.

## COUNT CCLXVIII – JACOB RONNIE WILSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JACOB RONNIE WILSON, is a resident of Richland County, State of South Carolina.

3. Petitioner's Social Security number is: XXX-XX-6339.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 24, 2013.

6. Respondent has not issued a Notice of Award for Disability Insurance or Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Payment Center on May 7, 2014, May 23, 2014, and June 3, 2014.  Faxes were also sent to the Columbia Social Security Field Office on May 23, 2014, June 3, 2014, and June 20, 2014.

## COUNT CCLXIX – FRED COURNOYER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

219

2. Petitioner, FRED COURNOYER, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3072.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated August 12, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Clearwater Social Security Field Office on August 25, 2014, September 15, 2014, and September 26, 2014.

## COUNT CCLXX – GRANT EVAN HOLZMAN

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, GRANT EVAN HOLZMAN, is a resident of Pinellas County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-6384.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 29, 2014.

220

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated June 6 2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Payment Center on June 17, 2014, July 10, 2014, July 18, 2014,and August 15, 2014.

## COUNT CCLXXI – TERESA F. CAMM

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, TERESA F. CAMM, is a resident of Dickson County, State of Tennessee.

3. Petitioner's Social Security number is: XXX-XX-2193.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated February 7, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated February 25, 2014, indicating that the amount of $1,867.00 has been withheld towards back due benefits. However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. According to the award notice, the attorney fee should be $466.75 minus user fee of $29.41, totaling $437.34. On May 19, 2014, Petitioner's attorney received a total of $377.75 in attorney fees. As of today, it appears that the Petitioner's attorney is missing fees in the amount of $59.59 Petitioner's attorney has sent multiple faxes requesting these missing fees. These faxes

221

were sent to the Clarksville Social Security Field Office on April 21, 2014, May 13, 2014, and May 23, 2014.

### COUNT CCLXXII – SUSIE DENISE STEVENS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SUSIE DENISE STEVENS, is a resident of Berkeley County, State of South Carolina.

3. Petitioner's Social Security number is: XXX-XX-8064.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 3, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Charleston Social Security Field Office on August 8, 2014, August 27, 2014, and September 11, 2014.

## COUNT CCLXXIII – ROBERT GRAVEL MASON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROBERT GRAVEL MASON, is a resident of Glynn County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-2695.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated January 11, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated January 17, 2014, indicating that the amount of $1,408.50 has been withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated June 23, 2014, indicating that the amount of $352.12 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On June 18, 2014, a total of $7.03 was received in attorney fees.  According to the award notice, the attorney fee should be $352.12 minus user fee of $22.18, totaling $329.94.  As of today, we are missing attorney fees in the amount of $322.91.  These faxes were sent to the Brunswick Social Security Field Office on June 3, 2014, June 30, 2014, and August 12, 2014.

## COUNT CCLXXIV – ROBERT G. PRICE

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ROBERT G. PRICE, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3174.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated February 21, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated March 6, 2014, indicating that the amount of $5,587.74 has been withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated March 6, 2014, indicating that the amount of $1,396.94 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On May 9, 2014, and May 13, 2014, a total of $355.00 was received in attorney fees.  According to the award notice, the attorney fee should be $1,396.94 minus user fee of $89.00, totaling $1,307.94.  As of today, we are missing attorney fees in the amount of $953.94.  These faxes were sent to the Bradenton Social Security Field Office on May 9, 2014, May 22, 2014, and July 28, 2014.

## COUNT CCLXXV – MARIE A. CAMPANY

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARIE A. CAMPANY, is a resident of Sarasota County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0518.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 10, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Attorney Fee Notice and fees.  These faxes were sent to the Bradenton Social Security Field Office on August 4, 2014, August 13, 2014, and August 26, 2014.

## COUNT CCLXXVI – MARK ALAN SPENCELEY II

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, MARK ALAN SPENCELEY II, is a resident of Manatee County, State of Florida.

225

3.  Petitioner's Social Security number is: XXX-XX-5755.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 6, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Bradenton Social Security Field Office on May 28, 2014, July 2, 2014, and July 16, 2014.

## COUNT CCLXXVII – WILLIAM J. BOWLES

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, WILLIAM J. BOWLES, is a resident of Manatee County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-2460.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated March 26, 2014.

6.  Respondent has not issued a Notice of Award for Supplemental Security Income Benefits

indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Bradenton Social Security Field Office on April 21, 2014, May 13, 2014, and May 23, 2014.

## COUNT CCLXXVIII – DONNA LEE JOHNSON

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, DONNA LEE JOHNSON, is a resident of Manatee County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-8911.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 25, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has issued an Attorney Fee Notice indicating that the amount of $1,127.00 has been withheld towards payment of attorney's fees. On September 15, 2014, and September 16, 2014, Petitioner's attorney received a total of $1,056.00 in attorney fees. As of today, it appears that the Petitioner's attorney is missing a Notice of Award. Petitioner's attorney has sent multiple faxes requesting this notice. These faxes were sent to the Bradenton

227

Social Security Field Office on August 5, 2014, August 29, 2014, and September 9, 2014.

**COUNT CCLXXIX – LEONA GENEVA TABORS**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LEONA GENEVA TABORS, is a resident of Manatee County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7300.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 31, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated July 31, 2014, indicating that the amount of $3,838.03 has been withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated September 15, 2014, indicating that the amount of $959.51 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On September 17, 2014, a total of $449.53 was received in attorney fees.  According to the award notice, the attorney fee should be $959.51 and no user fee should apply as $89.00 was deducted from Disability Insurance Benefits fees.  As of today, we are missing attorney fees in the amount of $509.98.  These faxes were sent to the Bradenton Social Security Field Office on August 27, 2014, September 11, 2014, and September 23, 2014

**COUNT CCLXXX – WILLIAM RAY WALKER**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, WILLIAM RAY WALKER, is a resident of Manatee County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-1025.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated September 12, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated September 8, 2014, indicating that the amount of $37,208.90 has been withheld towards back due benefits.  Respondent has issued an Attorney Fee Notice dated October 20, 2014, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.  On September 10, 2014, a total of $2,955.50 was received in attorney fees.  According to the award notice, the attorney fee should be $6,000.00 minus user fee of $89.00, totaling $5,911.00.  As of today, we are missing attorney fees in the amount of $2,955.50.  These faxes were sent to the Payment Center Office on September 23, 2014, October 10, 2014, and October 23, 2014.

### COUNT CCLXXXI – SONIA STRAUBEL

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SONIA STRAUBEL, is a resident of Manatee County, State of Florida.

229

3.  Petitioner's Social Security number is: XXX-XX-6749.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated September 12, 2014.

6.  Respondent has issued a Notice of Award for Disability Insurance Benefits dated September 29, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $2,429.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on September 11, 2014, September 23, 2014, and October 6, 2014.

## COUNT CCLXXXII – EDGAR HERRERA

1.  This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.  Petitioner, EDGAR HERRERA, is a resident of Miami-Dade County, State of Florida.

3.  Petitioner's Social Security number is: XXX-XX-9385.

4.  Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.  The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 23, 2014.

6.  Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated September 15, 2014, indicating the amounts of Petitioner's back due benefits, and monthly

230

benefits. In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $1,711.94 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Little Havana Social Security Field Office on September 23, 2014, October 8, 2014, and October 22, 2014.

### COUNT CCLXXXIII – ENRIQUE SANTIAGO

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ENRIQUE SANTIAGO, is a resident of Broward County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3579.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated June 19, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated July 8, 2014, indicating that the amount of $3,571.37 has been withheld towards back due benefits. However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. According to the award notice, the attorney fee should be $892.84 minus user fee of $56.25, totaling $836.59. On September 26, 2014, and December 12, 2014, Petitioner's attorney received a total of $559.06 in attorney fees. As of today, it appears that the Petitioner's attorney is missing fees in the amount of $277.53. Petitioner's attorney has sent multiple faxes requesting

these missing fees.  These faxes were sent to the Little Havana Security Field Office on July 17, 2014, August 26, 2014, and September 9, 2014.

## COUNT CCLXXXIV – LATOYA T. LAWTON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LATOYA T. LAWTON, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-5093.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated November 27, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated January 7, 2014, indicating that the amount of $25,160.02 has been withheld towards back due benefits.  Petitioner's attorney filed a Fee Petition on February 14, 2014, requesting authorization of attorney fees in the amount of $2,520.00.  Respondent has issued an Authorization to Charge and Collect attorney fees in the amount of $2,520.00 dated April 4, 2014.  As of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made. On August 8, 2014, and December 3, 2014, a total of $2,205.50 was received in attorney fees. According to the Fee Petition Approval, the attorney fee should be $2,520.00 minus user fee of $89.00, totaling $2,431.00.  As of today, we are missing attorney fees in the amount of $225.50. These faxes were sent to the Little River Social Security Field Office on June 6, 2014, June 21, 2014, and July 28, 2014.

## COUNT CCLXXXV– PATSY F. CHENNIS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, PATSY F. CHENNIS, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3773.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated June 11, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has issued an Attorney Fee Notice indicating that the amount of $107.50 has been withheld towards payment of attorney's fees.  On June 11, 2014, Petitioner's attorney received a total of $100.72 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award.  Petitioner's attorney has sent multiple faxes requesting this notice.  These faxes were sent to the Little River Social Security Field Office on July 2, 2014, July 28, 2014, and August 14, 2014.

## COUNT CCLXXXVI – JOANN M. WIGGINS

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JOANN M. WIGGINS, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-2717.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of

the United States of America.

5.   The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated April 7, 2014.

6.   Respondent has issued a Notice of Award for Disability Insurance Benefits dated April 15, 2014, indicating that the amount of $1,859.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made. On June 25, 2014, and June 30, 2014, a total of $ 1,681.02 was received in attorney fees. According to the award notice, the attorney fee should be $1,859.00minus user fee of $89.00, totaling $1,770.00.  As of today, we are missing attorney fees in the amount of $89.98.  These faxes were sent to the Payment Center on May 21, 2014, June 3, 2014, and June 17, 2014.

## COUNT CCLXXXVII – DWAN ANTIONETTE PRICE

1.   This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2.   Petitioner, DWAN ANTIONETTE PRICE, is a resident of Miami-Dade County, State of Florida.

3.   Petitioner's Social Security number is: XXX-XX-0646.

4.   Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5.   The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 1, 2014.

6.   Respondent has issued a Notice of Award for Disability Insurance Benefits dated August 5,

234

2014, indicating the that the amount of $946.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Payment Center on July 18, 2014, August 25, 2014, and September 8, 2014.

## COUNT CCLXXXVIII – ODALYS BANEGAS

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ODALYS BANEGAS, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-7901.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 16, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating the amount that has been withheld towards payment of attorney's fees. On February 12, 2014, Petitioner's attorney received a total of $988.32 in attorney fees. As of today, it appears that the Petitioner's attorney is missing a Notice of Award and an Attorney Fee Notice. Petitioner's attorney has sent multiple faxes requesting these notices. These faxes were sent to the Payment Center on June 5, 2014, June 30, 2014, and August 4, 2014.

235

## COUNT CCLXXXIX – JAMES CAMPBELL

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JAMES CAMPBELL, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-8801.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 4, 2014.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated May 15, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits. In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $100.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. These faxes were sent to the Atlanta West Social Security Field Office on June 20, 2014, July 22, 2014, and August 4, 2014.

## COUNT CCXC – JOHNNY MOSES

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JOHNNY MOSES, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-1671.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of

the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated April 25, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Atlanta West Social Security Field Office on July 2, 2014, July 17, 2014, and September 24, 2014.

## COUNT CCXCI – AUDREY L. MACK

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, AUDREY L. MACK, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-6269.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 12, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards

payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid

to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney

has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.

These faxes were sent to the Atlanta West Social Security Field Office on April 16, 2014,

May 8, 2014, May 27, 2014, and June 4, 2014.

## COUNT CCXCII – JENNIFER S. COOPER

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JENNIFER S. COOPER, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-3959.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 12, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has issued an Attorney Fee Notice indicating that the amount of $1,253.50 has been withheld towards payment of attorney's fees.  On May 12, 2014, Petitioner's attorney received a total of $1,174.53 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing a Notice of Award.  Petitioner's attorney has sent multiple faxes requesting this notice.  These faxes were sent to the Atlanta West Social Security Field Office on May 21, 2014, July 2, 2014, and July 14, 2014.

**COUNT CCXCIII – ESSIE LEE ISOM**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, ESSIE LEE ISOM, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-8296.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated March 27, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance or Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Atlanta West Social Security Field Office on April 28, 2014, May 21, 2014, and August 14, 2014.

**COUNT CCXCIV – YOLANDA BRANDY**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, YOLANDA BRANDY, is a resident of Fulton County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-8034.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated August 12, 2014.

6. Respondent has not issued a Notice of Award for Disability Insurance Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees.  These faxes were sent to the Atlanta West Social Security Field Office on September 12, 2014, September 29, 2014, and October 9, 2014.

**COUNT CCXCV – LILIAN YOUNG**

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LILIAN YOUNG, is a resident of Clarke County, State of Georgia.

3. Petitioner's Social Security number is: XXX-XX-6884.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated May 16, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits.  Respondent

240

has issued an Attorney Fee Notice indicating that the amount of $422.69 has been withheld towards payment of attorney's fees. On June 6, 2014, Petitioner's attorney received a total of $396.07 in attorney fees. As of today, it appears that the Petitioner's attorney is missing a Notice of Award. Petitioner's attorney has sent multiple faxes requesting this notice. These faxes were sent to the Athens Social Security Field Office on June 17, 2014, July 2, 2014, and July 15, 2014.

### COUNT CCXCVI – LYCRA SHARLAIN PITTS

1. This is an action for a petition for writ of mandamus. This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LYCRA SHARLAIN PITTS, is a resident of Anchorage Borough, State of Alaska.

3. Petitioner's Social Security number is: XXX-XX-1020.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an administrative decision dated July 3, 2014.

6. Respondent has not issued a Notice of Award for Supplemental Security Income Benefits indicating the amounts of Petitioner's back due benefits, and monthly benefits. Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. In addition, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made. Petitioner's attorney has sent multiple faxes requesting the Notice of Award, Attorney Fee Notice and fees. These faxes were sent to the Anchorage Social Security Field Office on September 17,

2014, September 23, 2014, and October 23, 2014.

### COUNT CCXCVII – SHARON JOHNSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SHARON JOHNSON, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-9001.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 4, 2013.

6. Respondent has issued a Notice of Award for Supplemental Security Income Benefits dated January 24, 2013, indicating that the amount of $8,036.08 has been withheld towards back due benefits.  However, Respondent has not issued an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  According to the award notice, the attorney fee should be $2,009.02 minus user fee of $18.95, totaling $1,990.07. On June 11, 2013, Petitioner's attorney received a total of $300.00 in attorney fees.  As of today, it appears that the Petitioner's attorney is missing fees in the amount of $ 887.01. Petitioner's attorney has sent multiple faxes requesting these missing fees.  These faxes were sent to the Allapattah Social Security Field Office on June 26, 2014, August 18, 2014, and September 18, 2014.

## COUNT CCXCVIII – JULIA JACKSON

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, JULIA JACKSON, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-3690.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated July 24, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated August 30, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits. In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $864.50 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on August 27, 2014, September 10, 2014, and September 29, 2014.

## COUNT CCXCIX – SUCRE A. JEREZ

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, SUCRE A. JEREZ, is a resident of Miami-Dade County, State of Florida.

3. Petitioner's Social Security number is: XXX-XX-0319.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of

the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated May 28, 2014.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated June 29, 2014, indicating the amounts of Petitioner's back due benefits, and monthly benefits.  In addition, Respondent has issued an Attorney Fee Notice indicating that the amount of $959.75 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid to Petitioner's attorney even though multiple faxes have been made.  These faxes were sent to the Payment Center on June 17, 2014, July 1, 2014, and August 1, 20124.

## COUNT CCC – LEVON HARRIS JR.

1. This is an action for a petition for writ of mandamus.  This Court has jurisdiction pursuant to 28 U.S.C. § 1361.

2. Petitioner, LEVON HARRIS JR., is a resident of Calhoun County, State of Alabama.

3. Petitioner's Social Security number is: XXX-XX-4630.

4. Respondent, CAROLYN W. COLVIN, is the Acting Commissioner of Social Security of the United States of America.

5. The Petitioner was awarded Social Security disability benefits by way of an Administrative Law Judge decision dated January 10, 2013.

6. Respondent has issued a Notice of Award for Disability Insurance Benefits dated January 21, 2013, indicating that the amount of $6,000.00 has been withheld towards payment of attorney's fees, but, as of today, December 22, 2014, the authorized attorney's fees have not been paid in full to Petitioner's attorney even though multiple faxes have been made.

244

On March 8, 2013, a total of $5,736.00 was received in attorney fees. According to the award notice, the attorney fee should be $6,000.00 minus user fee of $89.00, totaling $5,911.00. As of today, we are missing attorney fees in the amount of $175.00. These faxes were sent to the Payment Center on January 22, 2013, January 29, 2013, February 12, 2013, February 26, 2013, March 5, 2013, and March 13, 2013.

PRAYER FOR RELIEF

WHEREFORE, Petitioners, MARION WALLACE BRANTLEY JR., ROGER L. MILLER, ARTHUR TOWNES, CATHY SANTIAGO, CELORADINE J. LETBETTER, YVETTE CARTAGENA-RIVERA, DANIEL VOTAVA, WILLIAM ANTHONY CARRIER, MEKHAEL SAMIR DAHDAH, GORDON EUGENE PUCKETT, LISA ANN BURRIS, DIEULYS CHRISTOPHE, KEVIN STROM, MARIA E. HERNANDEZ, MARGUERITE CAMILLE SACCONE-BERNARD, PREMARIE L. SUMLER, SCOTT GERMAN, JACOB CROSBOURNE, PATRICIA J. RAPP, MARIZABEL REBOYDA GONZALEZ, ANTHONY GREEN, BRIDGIT LISA BROWN, DAMON MILLER, CYNTHIA M. HARRIS, KURT EDWARD ZEMKE, WILLIAM ALLEN, JIMMIE E. EVERETTS, BENNA BURNEO, BILL CHARLES TIBADO, CHRISTOPHER P. HOWARD, DIANE JENNER, JOSEPH LECHNER HALE, ROSEMARIE JEAN-LOUIS, TERRALE S. MCRAE, ANNETTE MARIE BAKER, DEWAYNE EDDIE JAYROE, LINDA MAE WELLING, CARRIE JEAN HAYS, CONNIE S. STOVALL, CHERYL ANN COLLINS, WANDA L. BUCKNOR, ROBERT SANDAHL, ROBERT D. DAVIS JR., BRIAN RICHARD WHIDDON, KATHY ANN CONCEPCION, CHESTER JOSEPH DAVIS, RANDELL L. THOMAS, WANDA M. BERK, DAVID GERALD FRANCE, JAMES PETER DEMERS III, CHRISTOPHER BORDER, BEVERLY A. WHITTEMORE, MICHAEL CRANE FUENTES SR., SHARMA EUBANKS, DENISE BILLIE

245

OBASI, LEO DANGLEBEN, ROLANDO BEJARANO, CARL UNDERWOOD, WILLIE CLARK, LOIDA E. GRAHAM, DOROTHY DALE BELL, WILLIAM R. HIGBEE, GEORGE COUILLARD, JAMES EDWARD HUGHES, CAROLYN ANN ANTHONY, VIVICA RAY, RICKEY RIDDICK, LATONIA JOHNSON-TURNER, JAMES WATERMAN, RONALD MAYHEW, KAREN VICHICH, LISA DIANE CARR, STEPHEN JONES, DENNIS K. MCDONALD, RICHARD ROEDELL, ELAINE WHITTEN ONESTO, WARREN H. FEENER, JAMES CRABTREE, LINDA G. BEYER, BILLY JACK CHAMBERS,

BARBARA F. MCNEIL, JOHN FONKIN JR., ANDREA I. WILLIAMS, DANIEL J. MCARDLE, SUSAN F. LAPELLA, CORY SHANE JONES, RAYMOND F. CICH, DOROTHY LOUVONE JOHNSON, BONITA EMMA BARR, CHARITA O. DAVIS, BRUCE COLLINS JR., SHAQUILLA LAQUAN BRUTON, FLOYD CHARLES ROLOFF, SHANAULDREA LATRELL MORLEY, DAVID LEE MCGHEE, JOANNA JONES, CAMILLE MARIE EARP, ALMA LUZ RODRIGUEZ, YERY SANZ, LILIA OTERO, CRYSTAL LADINA KITCHENS, PATRICIA BENITEZ, CHRISTINE CALAFELL ROJAS, KRISTIN H. SHORT, RALPH GUERRERO JR., DIANA VETTER, TYRONE EDWARDS, JOHN ANTHONY SANTIAGO, CARLOS E. WILSON JR., ROSE APPLETON,

LEONNE FLEURIER-THEAGENE, WENDELL CRAIG VAUGHN, DAVID PETER FATICONE, DENISE PEREZ, ERWIN A. WILKINSON, MICHAEL WEBB, LUZ E. MERCADO, LANTAYA MICHELLE GRIGGS, DAVID LOWREY, EMERY ANTHONY TOLBERT, JOSEPH SNEDDON, LISA CONLEY, MELANIE L. WILLETTE, SARAH COLLINS, MARTHA S. MCKELVAIN, REMONA F. GILLIAND, KIMBLY LETESHA LEGRANT, MARK LEE ADAMS, SUSAN COOKE AMLASHI, IRENE BILLINGSLEY NEELEY, JUNE C. MORENO, TIMOTHY TATE, JOSEPH CHAMBLIN FLOCK III,

QUOVARDIS F. JACKSON, AMISHI BHAGAWAT PATEL, JON K. BALDWIN, JESSICA M. SHIRKEY, MELYNDA J. BROWN, TOMMY JAMES ODORE, BETTY BARRONTINE, DIANNE MCWHORTER, CAROLYN ROBINSON, ORA ELAINE LEWIS,

CHARLIE FRANK EVANS, JAMES MICHAEL RADFORD, EBONY LATRESE ELLISON, LOUIS ELVIN GEORGE, DRAGICA DOKIC-VUKOJEVIC, ALLENE WILLIAMS-JENKINS, TRACY LAWRENCE HAND, ADOLPH DAVIDSON, STEVEN RAY WOLFORD, EDGAR WAYNE WHITFIELD, STEPHEN THOMAS KRILLA, HARRIET REYES, WANCHELLA WYCHE-MOORE,  KENNETH EDWARD ARNOLD, SHEILA YOST, HARRIS J. LEDET JR., SUSAN A. OWENS, KAREN ARTHUR, ALTON PERCY, ACHAEL BROWN, KENDRICK L. RICHARDSON, ANDREA HOLCOMB CREWS, ROSHAWNDA LATESE BROWN, MARGARET T. MULLEN, ROBERT LEE MCGILL, WARDELL BRITT VANBUREN, MARY K. KNUPP, THOMAS W. MORRISON III, DAVID MITCHELL, MICHAEL ANDERSON, TOMMIE LEE MAY, CHARLES EDWARD BEATTY, QUAID NIGEL CARR, JAMES ANTHONY DESGRO, PATRICIA FORESMAN, GLENDA ANNETTE RODRIGUEZ, DORIS JOHANNA HERLIHY, WILLIAM EVERETT DEFFENDALL, JEFFREY CUNNINGHAM, LUIS M. MONSALVE, JUDITH CAROL LEONARD, FLORENCE CHALSSAINT, KIMBERLY A. LIOTTA, ROGER PROVUS, FELIKS ODESSKY, ESTER PALAU, AUDREY BAROODY, CHARMAINE LATRICE DAVIS, PATSHAWNDRIA ANBRIA IVEY, MARKELY J. BLOT, ERNESTINE MILLER, ELAINE LILES, KATIA RICO CANCINO, GUADALUPE GUARIN, RAFAEL ARCANGEL PEREZ, DORIS DAVILA, LARRY BERNARD EVANS, EVELYN ORTIZ, REBECCA ANN GREEN, JIMMY SALADRIGAS, RODRICK BURGESS, DIANNE C. WORTHY, WILLIAM L. ROBINSON, PAUL L. ABBOTT, CLYDE BRENT ROBERTS, JORGE LUIS SANCHEZ,

JUAN GARCIA VALDEZ, FLORENCE A. FLEMMING, EMMA DEL-SOCORRO GARCIA, JAMES DAVID EIKENBERRY, IVONNE YANES, LAUBETTE A. YAEGER, YARELYS TRUJILLO, MARIA M. RODRIGUEZ, EDUARDO MANES, JODY LYNN PRESS, MELINDA THEMM, TRISTAN MICHAEL ARDREY, ESPERANZA BULLARD, JAMES ALVIN CLARK JR., MARY ELIZABETH STREITZ, ANGELA G. GREENMAN, MARION ELIZABETH ADAIR, BRENDA MATA JACKSON SANDERS, JULIA ERNESTINE MACK, CHERNARD DUVAL, MARVA RICHARDSON, JEFFREY GREENBERG, REGINA YVETTE YOUNG, CAMERAN AUSTIN JONES, AMY B. HUFFMASTER, SUSANNAH M. BULTRON CLAUDIO, MARY RUTH HETZEL, ANA H. BORRERO RIVERO, HERTA LUCY LAYTON, ALPHONZO JENKINS, EMELIA KATHLEEN MONZON, LEAH D. GLASS, DAVID GREEN, ALEXANDER GEORGE HARRINGTON, ROLAND M. DYER JR., ROBERT GIBSON, ANN L. PRIZZI, NANCY KELLEY, WANDA DURON, JEFFERY JOHN KOENIG, CHARLES EUGENE JOHNSON, LINDA GATLIN, CARL EDWARD CHOICE, TAMARA BROWN, ALPHONSO CARTEZ GRESHAM, PAUL DUANE ROBINSON, ASIM MENOMINI MCCLESTER, PAMELA JEAN NEWTON, JAMES H. HOLMES, MICHAEL DENNIS LONG, DAVID LAWRENCE CROUSE, ANTHONY DESANTIS, CHRISTOPHER R. SHIRMO, KEVIN A. MORRIS, CAROLE ANNE ROSS, LINDA C. WILLIAMSON, JOHN ARVY BIRON, GAIL SYKES-HINDS, JACOB RONNIE WILSON, FRED COURNOYER, GRANT EVAN HOLZMAN, TERESA F. CAMM, SUSIE DENISE STEVENS, ROBERT GRAVEL MASON, ROBERT G. PRICE, MARIE A. CAMPANY, MARK ALAN SPENCELEY II, WILLIAM J. BOWLES, DONNA LEE JOHNSON, LEONA GENEVA TABORS, WILLIAM RAY WALKER, SONIA STRAUBEL, EDGAR HERRERA, ENRIQUE SANTIAGO, LATOYA T. LAWTON, PATSY F. CHENNIS,

JOANN M. WIGGINS, DWAN ANTIONETTE PRICE, ODALYS BANEGAS, JAMES CAMPBELL, JOHNNY MOSES, AUDREY L. MACK, JENNIFER S. COOPER, ESSIE LEE ISOM, YOLANDA BRANDY, LILIAN YOUNG, LYCRA SHARLAIN PITTS, SHARON JOHNSON, JULIA JACKSON, SUCRE A. JEREZ and LEVON HARRIS JR.

pray the Court to grant the following relief:

- Assume jurisdiction of this cause;

- Issue a Writ of Mandamus to Respondent directing her to immediately fulfill her non, discretionary duty or duties to Petitioners, as follows:

  - As to Count I, MARION WALLACE BRANTLEY JR. to do the following:

    To enter an Order immediately directing Respondent to issue a Notice of Award indicating the amount of Petitioner's back due benefits, and monthly benefits. To enter an Order immediately directing Respondent to issue an Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees.

  - As to Count II, ROGER L. MILLER to do the following:

    To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $1,495.16.

  - As to Count III, ARTHUR TOWNES to do the following:

    To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income Benefits.

  - As to Count IV, CATHY SANTIAGO to do the following:

249

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $488.48 for Disability Insurance Benefits.

- As to Count V, CELORADINE J. LETBETTER to do the following:

  To enter an Order immediately directing Respondent to issue a Supplemental Security Income Benefits Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income Benefits.

- As to Count VI, YVETTE CARTAGENA-RIVERA to do the following:

  To enter an Order immediately directing Respondent to issue a Supplemental Security Income Benefits Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income Benefits.

- As to Count VII, DANIEL VOTAVA to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income Benefits indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the

250

authorized attorney's fees for Supplemental Security Income and Disability Insurance

Benefits.

- As to Count VIII, WILLIAM ANTHONY CARRIER to do the following:

To enter an Order immediately directing Respondent to issue a Supplemental Security

Income Benefits Attorney Fee Notice indicating how much has been withheld

towards payment of attorney's fees.  To enter an Order immediately directing

Respondent to pay Petitioner's attorney the authorized attorney's fees for

Supplemental Security Income Benefits.

- As to Count IX, MEKHAEL SAMIR DAHDAH to do the following:

To enter an Order immediately directing Respondent to issue a Supplemental Security

Income Benefits Attorney Fee Notice indicating how much has been withheld

towards payment of attorney's fees.  To enter an Order immediately directing

Respondent to pay Petitioner's attorney the authorized attorney's fees for

Supplemental Security Income Benefits.

- As to Count X, GORDON EUGENE PUCKETT to do the following:

To enter an Order immediately directing Respondent to issue a Supplemental Security

Income Attorney Fee Notice indicating how much has been withheld towards

payment of attorney's fees.  To enter an Order immediately directing Respondent to

pay Petitioner's attorney the authorized attorney's fees for Supplemental Security

Income and Disability Insurance Benefits.

- As to Count XI, LISA ANN BURRIS to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice

for Supplemental Security Income indicating how much has been withheld towards

251

payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XII, DIEULYS CHRISTOPHE to do the following:

  To enter an Order immediately directing Respondent to issue a Supplemental Security Income Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XIII, KEVIN STROM to do the following:

  To enter an Order immediately directing Respondent to issue a Supplemental Security Income Attorney Fee Notice indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XIV, MARIA E. HERNANDEZ to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

252

- As to Count XV, MARGUERITE CAMILLE SACCONE-BERNARD to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XVI, PREMARIE L. SUMLER to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XVII, SCOTT GERMAN to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XVIII, JACOB CROSBOURNE to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XIX, PATRICIA J. RAPP to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XX, MARIZABEL REBOYDA GONZALEZ to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XXI, ANTHONY GREEN to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

254

- As to Count XXII, BRIDGIT LISA BROWN to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count XXIII, DAMON MILLER to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count XXIV, CYNTHIA M. HARRIS to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $1,648.75 for Disability Insurance Benefits.

- As to Count XXV, KURT EDWARD ZEMKE to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count XXVI, WILLIAM ALLEN to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XXVII, JIMMIE E. EVERETTS to do the following:

255

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $127.84 for Supplemental Security Income.

- As to Count XXVIII, BENNA BURNEO to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XXIX, BILL CHARLES TIBADO to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $89.00.

- As to Count XXX, CHRISTOPHER P. HOWARD to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $742.50 for Supplemental Security Income.

- As to Count XXXI, DIANE JENNER to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XXXII, JOSEPH LECHNER HALE to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XXXIII, ROSEMARIE JEAN-LOUIS to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XXXIV, TERRALE S. MCRAE to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XXXV, ANNETTE MARIE BAKER to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards

257

payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XXXVI, DEWAYNE EDDIE JAYROE to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.

- As to Count XXXVII, LINDA MAE WELLING to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $948.05 for Disability Insurance Benefits.

- As to Count XXXVIII, CARRIE JEAN HAYS to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $134.98 for Supplemental Security Income.

- As to Count XXXIX, CONNIE S. STOVALL to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.

- As to Count XL, CHERYL ANN COLLINS to do the following:

258

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits. To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XLI, WANDA L. BUCKNOR to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits. To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count XLII, ROBERT SANDAHL to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits. To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $110.10 for Supplemental Security Income.

- As to Count XLIII, ROBERT D. DAVIS JR. to do the following:

259

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits. indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits. indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count XLIV, BRIAN RICHARD WHIDDON to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $755.21 for Disability Insurance Benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Auxiliary Disability Insurance and Supplemental Security Income.

- As to Count XLV, KATHY  ANN CONCEPCION to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count XLVI, CHESTER JOSEPH DAVIS to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count XLVII, RANDELL L. THOMAS to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee for Supplemental Security Income Notice indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XLVIII, WANDA M. BERK to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XLIX, DAVID GERALD FRANCE to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count L, JAMES PETER DEMERS III to do the following:

261

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count LI, CHRISTOPHER BORDER to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $1,217.67 for Disability and Auxiliary Insurance Benefits.

- As to Count LII, BEVERLY A. WHITTEMORE to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count LIII, MICHAEL CRANE FUENTES SR. to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent

to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LIV, SHARMA EUBANKS to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $139.74 for Supplemental Security Income.

- As to Count LV, DENISE BILLIE OBASI to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LVI, LEO DANGLEBEN to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LVII, ROLANDO BEJARANO to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to

263

pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LVIII, CARL UNDERWOOD to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LIX, WILLIE CLARK to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LX, LOIDA E. GRAHAM to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count LXI, DOROTHY DALE BELL to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $131.25 for Supplemental Security Income.

- As to Count LXII, WILLIAM R. HIGBEE to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LXIII, GEORGE COUILLARD to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $1,314.94 for Supplemental Security Income.

- As to Count LXIV, JAMES EDWARD HUGHES to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LXV, CAROLYN ANN ANTHONY to do the following:

265

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $1,200.57 for Disability Insurance Benefits.

- As to Count LXVI, VIVICA RAY to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $1,315.65 for Disability Insurance Benefits.

- As to Count LXVII, RICKEY RIDDICK to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count LXVIII, LATONIA JOHNSON-TURNER to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count LXIX, JAMES WATERMAN to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $590.00 for Disability Widows Insurance Benefits and $850.47 for Supplemental Security Income.

- As to Count LXX, RONALD MAYHEW to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count LXXI, KAREN VICHICH to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count LXXII, LISA DIANE CARR to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LXXIII, STEPHEN JONES to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order

267

immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LXXIV, DENNIS K. MCDONALD to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $67.47 for Supplemental Security Income.

- As to Count LXXV, RICHARD ROEDELL to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LXXVI, ELAINE WHITTEN ONESTO to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits. To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LXXVII, WARREN H. FEENER to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due

benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LXXVIII, JAMES CRABTREE to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $108.99 for Supplemental Security Income.

- As to Count LXXIX, LINDA G. BEYER to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LXXX, BILLY JACK CHAMBERS to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Auxiliary Disability Insurance Benefits.

- As to Count LXXXI, BARBARA F. MCNEIL to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has

been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count LXXXII, JOHN FONKIN JR. to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count LXXXIII, ANDREA I. WILLIAMS to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count LXXXIV, DANIEL J. MCARDLE to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $2,000.00 for Disability Insurance Benefits.

- As to Count LXXXV, SUSAN F. LAPELLA to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to

270

pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LXXXVI, CORY SHANE JONES to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits. To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count LXXXVII, RAYMOND F. CICH to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits. To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count LXXXVIII, DOROTHY LOUVONE JOHNSON to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits. To enter an Order immediately directing Respondent

271

to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.

- As to Count LXXXIX, BONITA EMMA BARR to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $293.51 for Disability Insurance Benefits.

- As to Count XC, CHARITA O. DAVIS to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XCI, BRUCE COLLINS JR. to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XCII, SHAQUILLA LAQUAN BRUTON to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XCIII, FLOYD CHARLES ROLOFF  to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for

272

Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits. To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XCIV, SHANAULDREA LATRELL MORLEY to do the following: To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XCV, DAVID LEE MCGHEE to do the following: To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XCVI, JOANNA JONES to do the following: To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XCVII, CAMILLE MARIE EARP to do the following: To enter an Order immediately directing Respondent to issue a Notice of Award for

273

Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XCVIII, ALMA LUZ RODRIGUEZ to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count XCIX, YERY SANZ to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count C, LILIA OTERO to do the following:

274

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CI, CRYSTAL LADINA KITCHENS to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CII, PATRICIA BENITEZ to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.

- As to Count CIII, CHRISTINE CALAFELL ROJAS to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice

275

for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CIV, KRISTIN H. SHORT to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CV, RALPH GUERRERO JR. to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CVI, DIANA VETTER to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CVII, TYRONE EDWARDS to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $556.66 for Supplemental Security Income.

- As to Count CVIII, JOHN ANTHONY SANTIAGO to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards

payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $ 1,276.41 for Supplemental Security Income.

- As to Count CIX, CARLOS E. WILSON JR. to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CX, ROSE APPLETON to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.

- As to Count CXI, LEONNE FLEURIER-THEAGENE to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CXII, WENDELL CRAIG VAUGHN to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice

for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXIII, DAVID PETER FATICONE to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CXIV, DENISE PEREZ to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CXV, ERWIN A. WILKINSON to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has

been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CXVI, MICHAEL WEBB to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXVII, LUZ E. MERCADO to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXVIII, LANTAYA MICHELLE GRIGGS to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXIX, DAVID LOWREY to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CXX, EMERY ANTHONY TOLBERT to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice

for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $927.39 for Supplemental Security Income.

- As to Count CXXI, JOSEPH SNEDDON to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $28.15 for Supplemental Security Income.

- As to Count CXXII, LISA CONLEY to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXXIII, MELANIE L. WILLETTE to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $1,585.17 for Supplemental Security Income.

- As to Count CXXIV, SARAH COLLINS to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits. indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental

280

Security Income and Disability Insurance Benefits. indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CXXV, MARTHA S. MCKELVAIN to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits. To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXXVI, REMONA F. GILLIAND to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $1,605.17 for Disability Insurance Benefits.

- As to Count CXXVII, KIMBLY LETESHA LEGRANT to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $528.85 for Supplemental Security Income.

- As to Count CXXVIII, MARK LEE ADAMS to do the following:

281

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXXIX, SUSAN COOKE AMLASHI to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXXX, IRENE BILLINGSLEY NEELEY  to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXXXI, JUNE C. MORENO to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.

- As to Count CXXXII, TIMOTHY TATE to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards

282

payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXXXIII, JOSEPH CHAMBLIN FLOCK III to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CXXXIV, QUOVARDIS F. JACKSON to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CXXXV, AMISHI BHAGAWAT PATEL to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $3,940.66 for Disability Insurance Benefits.

- As to Count CXXXVI, JON K. BALDWIN to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CXXXVII, JESSICA M. SHIRKEY to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $135.55 for Disability Insurance Benefits.

- As to Count CXXXVIII, MELYNDA J. BROWN to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $ 1,477.75 for Disability

Insurance Benefits.

- As to Count CXXXIX, TOMMY JAMES ODORE to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CXL, BETTY BARRONTINE to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CXLI, DIANNE MCWHORTER to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $89.00 for Supplemental Security Income.

- As to Count CXLII, CAROLYN ROBINSON to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $112.60 for Supplemental Security Income.

- As to Count CXLIII, ORA ELAINE LEWIS to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $346.92 for Supplemental Security Income.

- As to Count CXLIV , CHARLIE FRANK EVANS to do the following:

  To enter an Order immediately directing Respondent to enter an Order immediately directing Respondent to issue a Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXLV , JAMES MICHAEL RADFORD to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how

285

much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXLVI , EBONY LATRESE ELLISON to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXLVII , LOUIS ELVIN GEORGE to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXLVIII , DRAGICA DOKIC-VUKOJEVIC to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits,

286

and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CXLIX , ALLENE WILLIAMS-JENKINS to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.

- As to Count CL, TRACY LAWRENCE  HAND to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits and Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits and Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits and Supplemental Security Income.

- As to Count CLI , ADOLPH DAVIDSON to do the following:

287

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $109.67.

- As to Count CLII, STEVEN RAY WOLFORD to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $125.00.

- As to Count CLIII , EDGAR WAYNE WHITFIELD to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CLIV , STEPHEN THOMAS KRILLA to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees Disability Insurance Benefits.

- As to Count CLV , HARRIET REYES to do the following:

288

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees Disability Insurance Benefits.

- As to Count CLVI , WANCHELLA WYCHE-MOORE to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees Disability Insurance Benefits.

- As to Count CLVII, KENNETH EDWARD ARNOLD to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $312.05 for Supplemental Security Income.

- As to Count CLVIII , SHEILA YOST to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $30.29 for Supplemental Security Income.

- As to Count CLIX, HARRIS J. LEDET JR. to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $28.15 for Supplemental Security Income.

- As to Count CLX, SUSAN A. OWENS to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CLXI, KAREN ARTHUR to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CLXII, ALTON PERCY to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CLXIII, RACHAEL BROWN to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CLXIV, KENDRICK L. RICHARDSON to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CLXV, ANDREA HOLCOMB CREWS to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CLXVI, ROSHAWNDA LATESE BROWN to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for

Supplemental Security Income indicating the amount of Petitioner's back due

benefits, and monthly benefits. To enter an Order immediately directing Respondent

to issue an Attorney Fee Notice for Supplemental Security Income indicating how

much has been withheld towards payment of attorney's fees. To enter an Order

immediately directing Respondent to pay Petitioner's attorney the authorized

attorney's fees for Supplemental Security Income.

- As to Count CLXVII, MARGARET T. MULLEN to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice

  for Supplemental Security Income indicating how much has been withheld towards

  payment of attorney's fees. To enter an Order immediately directing Respondent to

  pay Petitioner's attorney the authorized attorney's fees for Supplemental Security

  Income.

- As to Count CLXVIII, ROBERT LEE MCGILL to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for

  Disability Insurance Benefits indicating the amount of Petitioner's back due benefits,

  and monthly benefits. To enter an Order immediately directing Respondent to issue

  an Attorney Fee Notice for Disability Insurance Benefits indicating how much has

  been withheld towards payment of attorney's fees.

- As to Count CLXIX, WARDELL BRITT VANBUREN to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for

  Supplemental Security Income indicating the amount of Petitioner's back due

  benefits, and monthly benefits.

- As to Count CLXX, MARY K. KNUPP to do the following:

292

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CLXXI, THOMAS W. MORRISON III to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CLXXII, DAVID MITCHELL to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $258.86 for Disability Insurance Benefits.

- As to Count CLXXIII, MICHAEL ANDERSON to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CLXXIV, TOMMIE LEE MAY to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CLXXV, CHARLES EDWARD BEATT to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $1,390.72 for Supplemental Security Income.

- As to Count CLXXVI, QUAID NIGEL CARR to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.

- As to Count CLXXVII, JAMES ANTHONY DESGRO to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CLXXVIII, PATRICIA FORESMAN to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for

Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CLXXIX, GLENDA ANNETTE RODRIGUEZ to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CLXXX, DORIS JOHANNA HERLIHY to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.

- As to Count CLXXXI, WILLIAM EVERETT DEFFENDALL to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CLXXXII, JEFFREY CUNNIGHAM to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for

Supplemental Security Income indicating the amount of Petitioner's back due

benefits, and monthly benefits.  To enter an Order immediately directing Respondent

to issue an Attorney Fee Notice for Supplemental Security Income indicating how

much has been withheld towards payment of attorney's fees.  To enter an Order

immediately directing Respondent to pay Petitioner's attorney the authorized

attorney's fees for Supplemental Security Income.

- As to Count CLXXXIII, LUIS M. MONSALVE to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice

for Supplemental Security Income and Disability Insurance Benefits indicating how

much has been withheld towards payment of attorney's fees.  To enter an Order

immediately directing Respondent to pay Petitioner's attorney the authorized

attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CLXXXIV, JUDITH CAROL LEONARD to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the

duly authorized missing attorney's fees in the amount of $693.00 for Disability

Insurance Benefits.

- As to Count CLXXXV, FLORENCE CHALSSAINT to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for

Disability Insurance Benefits indicating the amount of Petitioner's back due benefits,

and monthly benefits.  To enter an Order immediately directing Respondent to issue

an Attorney Fee Notice for Disability Insurance Benefits indicating how much has

been withheld towards payment of attorney's fees.  To enter an Order immediately

directing Respondent to pay Petitioner's attorney the authorized attorney's fees for

Disability Insurance Benefits.

- As to Count CLXXXVI, KIMBERLY A. LIOTTA to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $2,792.55 for Disability Insurance Benefits.

- As to Count CLXXXVII, ROGER PROVUS to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CLXXXVIII, FELIKS ODESSKY to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $150.52 for Supplemental Security Income Benefits.

- As to Count CLXXXIX, ESTER PALAU to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to

297

pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXC, AUDREY BAROODY to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $1,605.55.

- As to Count CXCI, CHARMAINE LATRICE DAVIS to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXCII, PATSHAWNDRIA ANBRIA IVEY to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $306.16 for Supplemental Security Income.

- As to Count CXCIII, MARKELY J. BLOT to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how

298

much has been withheld towards payment of attorney's fees.

- As to Count CXCIV, ERNESTINE MILLER to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CXCV, ELAINE LILES to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.

- As to Count CXCVI, KATIA RICO CANCINO to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $1,188.014 for Disability Insurance Benefits.

- As to Count CXCVII, GUADALUPE GUARIN to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order

299

immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $223.30 for Disability Insurance Benefits.

- As to Count CXCVIII, RAFAEL ARCANGEL PEREZ to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CXCIX, DORIS DAVILA to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CC, LARRY BERNARD EVANS to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCI, EVELYN ORTIZ  to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the

300

authorized attorney's fees for Auxiliary Disability Insurance Benefits.

- As to Count CCII, REBECCA ANN GREEN to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits. . To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $759.12 for Supplemental Security Income.

- As to Count CCIII, JIMMY SALADRIGAS to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits. To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CCIV, RODRICK BURGESS to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCV, DIANNE C. WORTHY to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to

301

pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCVI, WILLIAM L. ROBINSON to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCVII, PAUL L. ABBOTT to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fee for Supplemental Security Income.

- As to Count CCVIII, CLYDE BRENT ROBERTS to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCIX, JORGE LUIS SANCHEZ to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice

for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCX, JUAN GARCIA VALDEZ to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.

- As to Count CCXI, FLORENCE A. FLEMMING to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCXII, EMMA DEL-SOCORRO GARCIA to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately

303

directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCXIII, JAMES DAVID EIKENBERRY to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCXIV, IVONNE YANES to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $3,057.25 for Supplemental Security Income.

- As to Count CCXV, LAUBETTE A. YAEGER to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has

304

been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCXVI, YARELYS TRUJILLO to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCXVII, MARIA M. RODRIGUEZ to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCXVIII, EDUARDO MANES to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Auxiliary Disability Insurance Benefits.

- As to Count CCXIX, JODY LYNN PRESS to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order

305

immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCXX, MELINDA THEMM to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCXXI, TRISTAN MICHAEL ARDREY to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Auxiliary Disability Insurance Benefits.

- As to Count CCXXII, ESPERANZA BULLARD to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCXXIII, JAMES ALVIN CLARK JR. to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order

306

immediately directing Respondent to pay Petitioner's attorney the authorized

attorney's fees for Supplemental Security Income.

- As to Count CCXXIV, MARY ELIZABETH STREITZ to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the

authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCXXV, ANGELA G. GREENMAN to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for

Disability Insurance Benefits indicating the amount of Petitioner's back due benefits,

and monthly benefits.  To enter an Order immediately directing Respondent to pay

Petitioner's attorney the duly authorized missing attorney's fees in the amount of

$1,790.82 for Disability Insurance Benefits.

- As to Count CCXXVI, MARION ELIZABETH ADAIR to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice

for Supplemental Security Income indicating how much has been withheld towards

payment of attorney's fees.  To enter an Order immediately directing Respondent to

pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of

$168.90 for Supplemental Security Income.

- As to Count CCXXVII, BRENDA MATA JACKSON SANDERS to do the

following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the

authorized attorney's fees for Supplemental Security Income.

- As to Count CCXXVIII, JULIA ERNESTINE MACK to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for

Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.

- As to Count CCXXIX, CHERNARD DUVAL to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees. To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $36.25 for Supplemental Security Income.

- As to Count CCXXX, MARVA RICHARDSON to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CCXXXI, JEFFREY GREENBERG to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCXXXII, REGINA YVETTE YOUNG to do the following:

308

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $713.40 for Disability Insurance Benefits.

- As to Count CCXXXIII, CAMERAN AUSTIN JONES to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.   To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCXXXIV, AMY B. HUFFMASTER to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.

- As to Count CCXXXV, SUSANNAH M. BULTRON CLAUDIO to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income, Auxiliary and Disability Insurance Benefits.

- As to Count CCXXXVI, MARY RUTH HETZEL to do the following:

309

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCXXXVII, ANA H. BORRERO RIVERO to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.

- As to Count CCXXXVIII, HERTA LUCY LAYTON to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $ 859.20 for Disability Insurance Benefits.

- As to Count CCXXXIX, ALPHONZO JENKINS to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $ 1,723.15 for Disability Insurance Benefits.

- As to Count CCXL, EMELIA KATHLEEN MONZON to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCXLI, LEAH D. GLASS to do the following:

310

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $2,146.52 for Supplemental Security Income.

- As to Count CCXLII, DAVID GREEN to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $384.43 for Supplemental Security Income.

- As to Count CCXLIII, ALEXANDER GEORGE HARRINGTON to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCXLIV, ROLAND M. DYER JR. to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

311

- As to Count CCXLV, ROBERT GIBSON to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CCXLVI, ANN L. PRIZZI to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCXLVII, NANCY KELLEY to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Auxiliary and Disability Insurance Benefits.

- As to Count CCXLVIII, WANDA DURON to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

312

- As to Count CCXLIX, JEFFERY JOHN KOENIG to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCL, CHARLES EUGENE JOHNSON to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $200.21for Supplemental Security Income.

- As to Count CCLI, LINDA GATLIN to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee for Supplemental Security Income Notice indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCLII, CARL EDWARD CHOICE to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCLIII, TAMARA BROWN to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for

313

Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCLIV, ALPHONSO CARTEZ GRESHAM to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCLV, PAUL DUANE ROBINSON to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCLVI, ASIM MENOMINI MCCLESTER to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due

314

benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.

- As to Count CCLVII, PAMELA JEAN NEWTON to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $56.29.

- As to Count CCLVIII, JAMES H. HOLMES to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCLIX, MICHAEL DENNIS LONG to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCLX, DAVID LAWRENCE CROUSE to do the following:

  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCLXI, ANTHONY DESANTIS to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for

315

Supplemental Security Income and Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CCLXII, CHRISTOPHER R. SHIRMO to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCLXIII, KEVIN A. MORRIS to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCLXIV, CAROLE ANNE ROSS to do the following:

  To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCLXV, LINDA C. WILLIAMSON to do the following:

316

To enter an Order immediately directing Respondent to issue a Notice of Award for

Supplemental Security Income indicating the amount of Petitioner's back due

benefits, and monthly benefits.  To enter an Order immediately directing Respondent

to issue an Attorney Fee Notice for Supplemental Security Income indicating how

much has been withheld towards payment of attorney's fees.  To enter an Order

immediately directing Respondent to pay Petitioner's attorney the authorized

attorney's fees for Supplemental Security Income.

- As to Count CCLXVI, JOHN ARVY BIRON to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for

Supplemental Security Income indicating the amount of Petitioner's back due

benefits, and monthly benefits.

- As to Count CCLXVII, GAIL SYKES-HINDS to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for

Disability Insurance Benefits indicating the amount of Petitioner's back due benefits,

and monthly benefits.

- As to Count CCLXVIII, JACOB RONNIE WILSON to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for

Supplemental Security Income and Disability Insurance Benefits indicating the

amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order

immediately directing Respondent to issue an Attorney Fee Notice for Supplemental

Security Income and Disability Insurance Benefits indicating how much has been

withheld towards payment of attorney's fees.  To enter an Order immediately

317

directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CCLXIX, FRED COURNOYER to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCLXX, GRANT EVAN HOLZMAN to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCLXXI, TERESA F. CAMM to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $59.59 for Supplemental Security Income.

- As to Count CCLXXII, SUSIE DENISE STEVENS to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order

318

immediately directing Respondent to pay Petitioner's attorney the authorized

attorney's fees for Supplemental Security Income.

- As to Count CCLXXIII, ROBERT GRAVEL MASON to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the

duly authorized missing attorney's fees in the amount of $322.91for Supplemental

Security Income.

- As to Count CCLXXIV, ROBERT G. PRICE to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the

duly authorized missing attorney's fees in the amount of $953.94 for Supplemental

Security Income.

- As to Count CCLXXV, MARIE A. CAMPANY to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice

for Supplemental Security Income indicating how much has been withheld towards

payment of attorney's fees.  To enter an Order immediately directing Respondent to

pay Petitioner's attorney the authorized attorney's fees for Supplemental Security

Income.

- As to Count CCLXXVI, MARK ALAN SPENCELEY II to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for

Supplemental Security Income indicating the amount of Petitioner's back due

benefits, and monthly benefits.  To enter an Order immediately directing Respondent

to issue an Attorney Fee Notice for Supplemental Security Income indicating how

much has been withheld towards payment of attorney's fees.  To enter an Order

immediately directing Respondent to pay Petitioner's attorney the authorized

319

attorney's fees for Supplemental Security Income.

- As to Count CCLXXVII, WILLIAM J. BOWLES to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCLXXVIII, DONNA LEE JOHNSON to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.

- As to Count CCLXXIX, LEONA GENEVA TABORS to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $509.98 for Supplemental Security Income.

- As to Count CCLXXX, WILLIAM RAY WALKER to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $2,955.50 for Disability Insurance Benefits.

- As to Count CCLXXXI, SONIA STRAUBEL to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the

320

authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCLXXXII, EDGAR HERRERA to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCLXXXIII, ENRIQUE SANTIAGO to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $277.53 for Supplemental Security Income.

- As to Count CCLXXXIV, LATOYA T. LAWTON to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $225.50 for Supplemental Security Income.

- As to Count CCLXXXV, PATSY F. CHENNIS to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.

- As to Count CCLXXXVI, JOANN M. WIGGINS to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $ 89.98 for Disability Insurance Benefits.

- As to Count CCLXXXVII, DWAN ANTIONETTE PRICE to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCLXXXVIII, ODALYS BANEGAS to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.

- As to Count CCLXXXIX, JAMES CAMPBELL to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCXC, JOHNNY MOSES to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCXCI, AUDREY L. MACK to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent

322

to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCXCII, JENNIFER S. COOPER to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award  for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.

- As to Count CCXCIII, ESSIE LEE ISOM to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income and Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income and Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income and Disability Insurance Benefits.

- As to Count CCXCIV, YOLANDA BRANDY to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Disability Insurance Benefits indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Disability Insurance Benefits indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately

323

directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCXCV, LILIAN YOUNG to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.

- As to Count CCXCVI, LYCRA SHARLAIN PITTS to do the following:

To enter an Order immediately directing Respondent to issue a Notice of Award for Supplemental Security Income indicating the amount of Petitioner's back due benefits, and monthly benefits.  To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Supplemental Security Income.

- As to Count CCXCVII, SHARON JOHNSON to do the following:

To enter an Order immediately directing Respondent to issue an Attorney Fee Notice for Supplemental Security Income indicating how much has been withheld towards payment of attorney's fees.  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $ 887.01 for Supplemental Security Income.

- As to Count CCXCVIII, JULIA JACKSON to do the following:

To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

324

- As to Count CCXCIX, SUCRE A. JEREZ to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the authorized attorney's fees for Disability Insurance Benefits.

- As to Count CCC, LEVON HARRIS JR. to do the following:

  To enter an Order immediately directing Respondent to pay Petitioner's attorney the duly authorized missing attorney's fees in the amount of $175.00 for Disability Insurance Benefits.

- Award Petitioners attorney's fee under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

- Award Petitioners costs incurred pursuant to 31 U.S.C. § 1304(a)(3)(A).

- Award Petitioners any and all other relief which this Honorable Court may be deem just and proper.

Respectfully submitted,

Dated: December 22, 2014

By:   /s/ Adam S. Neidenberg
ADAM S. NEIDENBERG, ESQ.
INFOVA@DISABILITYLAWCLAIMS.COM
FLORIDA BAR №: 1125001
LaVan & Neidenberg, P.A.
P.O. Box 350038
Fort Lauderdale, FL  33335-0038
Telephone: (954) 617-2202

ATTORNEY FOR THE PETITIONERS

LIST OF EXHIBITS

Exhibit A
COUNT I:            MARION WALLACE BRANTLEY JR.      Pgs    1-7
COUNT II:           ROGER L. MILLER                  Pgs    7-21
COUNT III:          ARTHUR TOWNES                    Pgs    22-44
COUNT IV:           CATHY SANTIAGO                   Pgs    45-64
COUNT V:            CELORADINE J. LETBERTTER         Pgs    65-86
COUNT VI:           YVETTE CARTAGENA RIVERA          Pgs    87-109
COUNT VII:          DANIEL VOTAVA                    Pgs    110-128
COUNT VIII:         WILLIAM ANTHONY CARRIER          Pgs    129-153
COUNT IX:           MEKHAEL SAMIR DAHDAH             Pgs    154-181

Exhibit B
COUNT X:            GORDON EUGEN PUCKET              Pgs    1-40
COUNT XI:           LISA ANN BURRIS                  Pgs    41-65
COUNT XII:          DIEULYS CHRISTOPHE               Pgs    66-89
COUNT XIII:         KEVIN STROM                      Pgs    90-120
COUNT XIV:          MARIA E HERNANDEZ                Pgs    121-127
COUNT XV:           MARGUERITE CAMILLE SACCONE-BERNARD
                                                            128-155
COUNT XVI:          PERMARIE L. SUMLER               Pgs    156-182
COUNT XVII:         SCOTT GERMAN                     Pgs    183-191
COUNT XVIII:        JACOB CROSBOURNE                 Pgs    192-214
COUNT XIX:          PATRCIA J. RAPP                  Pgs    215-238

Exhibit C
COUNT XX:           MARIZABEL REBOYDA GONZALEZ       Pgs 1-22
COUNT XXI:          ANTHONY GREEN                    Pgs 23-32
COUNT XXII :        BRIDGIT LISA BROWN               Pgs 33-47
COUNT XXIII:        DAMON MILLER                     Pgs 48-62
COUNT XXIV:         CYNTHIA M. HARRIS                Pgs 63-77
COUNT XXV:          KURT EDWARD ZEMKE                Pgs 78-90
COUNT XXVI:         WILLIAM ALLEN                    Pgs 91-103
COUNT XXVII:        JIMMIE E. EVERETTS               Pgs 104-128
COUNT XXVIII:       BENNA BURNEO                     Pgs 129-149

Exhibit D
COUNT XXIX          BILL CHARLES TIBADO              Pgs    1-24
COUNT XXX           CHRISTOPHER P. HOWARD            Pgs    25-51
COUNT XXXI          DIANE JENNER                     Pgs    52-74
COUNT XXXII         JOSEPH LECHNER HALE              Pgs    75-81
COUNT XXXIII        ROSEMARIE JEAN-LOUIS             Pgs    82-98

COUNT XXXIV          TERRALE S. MCRAE              Pgs   99-125
COUNT XXXV           ANNETTE MARIE BAKER          Pgs   126-147
COUNT XXXVI          DEWAYNE EDDIE JAYROE         Pgs   148-158
COUNT XXXVII         LINDA MAE WELLING            Pgs   159-173


Exhibit E
COUNT XXXVIII        CARRIE JEAN HAYS             Pgs   1-33
COUNT XXXIX          CONNIE S. STOVALL            Pgs   34-44
COUNT XL             CHERYL ANN COLLINS           Pgs   45-51
COUNT XLI            WANDA L. BUCKNOR             Pgs   52-60
COUNT XLII           ROBERT SANDAHL               Pgs   61-70
COUNT XLIII          ROBERT D. DAVIS JR.          Pgs   71-83
COUNT XLIV           BRIAN RICHARD WHIDDON        Pgs   84-122
COUNT XLV            KATHY ANN CONCEPCION         Pgs   123-133
COUNT XLVI           CHESTER JOSEPH DAVIS         Pgs   134-151
COUNT XLVII          RANDELL L. THOMAS            Pgs   152-171
COUNT XLVIII         WANDA M. BERK                Pgs   172-195
COUNT XLIX           DAVID GERALD FRANCE          Pgs   196-202


Exhibit F
COUNT L              JAMES PETER DEMERS III       Pgs   1-11
COUNT LI             CHRISTOPHER BORDER           Pgs   12-39
COUNT LII            BEVERLY A. WHITTEMORE        Pgs   40-46
COUNT LIII           MICHAEL CRANE FUENTES SR.    Pgs   47-53
COUNT LIV            SHARMA EUBANKS               Pgs   54-65
COUNT LV             DENISE BILLIE OBASI          Pgs   66-94
COUNT LVI            LEO DANGLEBEN                Pgs   95-115
COUNT LVII           ROLANDO BEJARANO             Pgs   116-143
COUNT LVIII          CARL UNDERWOOD               Pgs   144-165
COUNT LIX            WILLIE CLARK                 Pgs   166-172
COUNT LX             LOIDA E. GRAHAM              Pgs   173-195


Exhibit G
COUNT LXI            DOROTHY DALE BELL            Pgs   1-32
COUNT LXII           WILLIAM R. HIGBEE            Pgs   33-59
COUNT LXIII          GEORGE COUILLARD             Pgs   60-85
COUNT LXIV           JAMES EDWARD HUGHES          Pgs   86-92
COUNT LXV            CAROLYN ANN ANTHONY          Pgs   93-104
COUNT LXVI           VIVICA RAY                   Pgs   105-122
COUNT LXVII          RICKEY RIDDICK               Pgs   123-153

COUNT LXVIII          LATONIA JOHNSON-TURNER          Pgs   154-166

Exhibit H
COUNT LXIX            JAMES WATERMAN                  Pgs   1-29
COUNT LXX             RONALD MAYHEW                   Pgs   38-50
COUNT LXXI            KAREN VICHICH                   Pgs   51-57
COUNT LXXII           LISA DIANE CARR                 Pgs   58-64
COUNT LXXIII          STEPHEN JONES                   Pgs   65-73
COUNT LXXIV           DENNIS K. MCDONALD              Pgs   74-97
COUNT LXXV            RICHARD ROEDELL                 Pgs   98-107
COUNT LXXVI           ELAINE WHITTEN ONESTO           Pgs   108-114
COUNT LXXVII          WARREN H. FEENER                Pgs   115-121
COUNT LXXVIII         JAMES CRABTREE                  Pgs   122-146
COUNT LXXIX           LINDA G. BEYER                  Pgs   147-166


Exhibit I
COUNT LXXX            BILLY JACK CHAMBERS             Pgs   1-12
COUNT LXXXI           BARBARA F. MCNEIL               Pgs   13-19
COUNT LXXXII          JOHN FONKIN JR.                 Pgs   20-60
COUNT LXXXIII         ANDREA I. WILLIAMS              Pgs   61-74
COUNT LXXXIV          DANIEL J. MCARDLE               Pgs   75-88
COUNT LXXXV           SUSAN F. LAPELLA                Pgs   89-114
COUNT LXXXVI          CORY SHANE JONES                Pgs   115-121
COUNT LXXXVII         RAYMOND F. CICH                 Pgs   122-128
COUNT LXXXVIII        DOROTHY LOUVONE JOHNSON         Pgs   129-139
COUNT LXXXIX          BONITA EMMA BARR                Pgs   140-150
COUNT XC             CHARITA O. DAVIS                Pgs   151-174
COUNT XCI            BRUCE COLLINS JR.               Pgs   175-225

Exhibit J
COUNT C             LILIA OTERO                     Pgs   1-7
COUNT CI            CRYSTAL LADINA KITCHENS         Pgs   8-14
COUNT CII           PATRICIA BENITEZ                Pgs   15-7
COUNT CIII          CHRISTINE CALAFELL ROJAS        Pgs   25-14
COUNT  CIV          KRISTIN H. SHORT                Pgs   52-68
COUNT CV            RALPH GUERRERO JR               Pgs   69-82
COUNT  XCII         SHAQUILLA LAQUAN BRUTON         Pgs   83-105
COUNT XCIII         FLOYD CHARLES ROLOFF            Pgs   106-112
COUNT XCIV          SHANAULDREA LATRELL MORELEY     Pgs   113-133
COUNT XCV           DAVID LEE MCGHEE                Pgs   134-158

COUNT XCVI            JOANNA JONES                       Pgs   159-187
COUNT XCVII           CAMILLE MARIE EARP                 Pgs   188-194
COUNT XCVIII          ALMA LUZ RODRIGUEZ                 Pgs   195-201
COUNT XCIX            YERY SANZ                          Pgs   202-208


Exhibit K
COUNT CVI             DIANA VETTER                       Pgs   1-52
COUNT CVII            TYRONE EDWARDS                     Pgs   53-78
COUNT CVIII           JOHN ANTHONY SANTIAGO              Pgs   79-102
COUNT CIX             CARLOS E. WILSON JR                Pgs   103-133


Exhibit L
COUNT CX              ROSE APPLETON                      Pgs   1-10
COUNT CXI             LEONNE FLEURIER-THEAGENE           Pgs   9-49
COUNT CXII            WENDELL CRAIG VAUGHN               Pgs   50-73
COUNT CXIII           DAVID PETER FATICONE               Pgs   74-80
COUNT CXIV            DENISE PEREZ                       Pgs   81-91
COUNT CXV             ERWIN A. WILKINSON                 Pgs   92-102
COUNT CXVI            MICHAEL WEBB                       Pgs   103-128
COUNT CXVII           LUZ E. MERCADO                     Pgs   129-156


Exhibit M
COUNT CXVIII          LANTAYA MICHELLE GRIGGS            Pgs   1-23
COUNT CXIX            DAVID LOWREY                       Pgs   24-38
COUNT CXX             EMERY ANTHONY TOLBERT              Pgs   39-50
COUNT CXXI            JOSEPH SNEDDON                     Pgs   51-74
COUNT CXXII           LISA CONLEY                        Pgs   75-103
COUNT CXXIII          MELANIE L. WILLETTE               Pgs   104-130
COUNT CXXIV           SARAH COLLINS                      Pgs   131-137
COUNT CXXV            MARTHA S. MCKELVAIN                Pgs   138-145
COUNT CXXVI           REMONA F. GILLIAND                 Pgs   145-167
COUNT CXXVII          KIMBLY LETESHA LEGRANT             Pgs   168-195
COUNT CXXVIII         MARK LEE ADAMS                     Pgs   196-217


Exhibit N
COUNT CXXIX           SUSAN COOKE AMLASHI                Pgs   1-20
COUNT CXXX            IRENE BILLINGSLEY NEELEY           Pgs   21-47
COUNT CXXXI           JUNE C. MORENO                     Pgs   48-55
COUNT CXXXII          TIMOTHY TATE                       Pgs   56-80
COUNT CXXXIII         JOSEPH CHAMBLIN FLOCK III          Pgs   81-98
COUNT CXXXIV          QUOVARDIS F. JACKSON               Pgs   99-111

COUNT CXXXV          AMISHI BHAGAWAT PATEL          Pgs   112-131
COUNT CXXXVI         JON K. BALDWIN                 Pgs   132-143
COUNT CXXXVII        JESSICA M. SHIRKEY             Pgs   144-162
COUNT CXXXVIII       MELYNDA J. BROWN               Pgs   163-185
COUNT CXXXIX         TOMMY JAMES ODORE              Pgs   186-198
COUNT CXL            BETTY BARRONTINE               Pgs   199-205
COUNT CXLI           DIANNE MCWHORTER               Pgs   206-234

Exhibit O
COUNT CXLII          CAROLYN ROBINSON               Pgs   1-27
COUNT CXLIII         ORA ELAINE LEWIS               Pgs   28-42
COUNT CXLIV          CHARLIE FRANK EVANS            Pgs   43-76
COUNT CXLV           JAMES MICHAEL RADFORD          Pgs   77-83
COUNT CXLVI          EBONY LATRESE ELLISON          Pgs   84-90
COUNT CXLVII         LOUIS ELVIN GEORGE             Pgs   91-97
COUNT CXLVIII        DRAGICA DOKIC-VUKOJEVIC        Pgs   98-104
COUNT CXLIX          ALLENE WILLIAMS-JENKINS        Pgs   105-113
COUNT CL             TRACY LAWRENCE HAND            Pgs   114-120
COUNT CLI            ADOLPH DAVIDSON                Pgs   121-140
COUNT CLII           STEVEN RAY WOLFORD             Pgs   141-171
COUNT CLIII          EDGAR WAYNE WHITFIELD          Pgs   172-198
COUNT CLIV           STEPHEN THOMAS KRILLA          Pgs   199-205
COUNT CLV            HARRIET REYES                  Pgs   206-220

Exhibit P
COUNT CLVI           WANCHELLA WYCHE-MOORE          Pgs   1-20
COUNT  CLVII         KENNETH EDWARD ARNOLD          Pgs   21-39
COUNT CLVIII         SHEILA YOST                    Pgs   40-65
COUNT CLIX           HARRIS J. LEDET JR.            Pgs   66-91
COUNT CLX            SUSAN A. OWENS                 Pgs   92-98
COUNT CLXI           KAREN ARTHUR                   Pgs   99-107
COUNT CLXII          ALTON PERCY                    Pgs   108-128
COUNT CLXIII         RACHAEL BROWN                  Pgs   129-146
COUNT CLXIV          KENDRICK L. RICHARDSON         Pgs   147-187
COUNT CLXV           ANDREA HOLCOMB CREWS           Pgs   188-194
COUNT CLXVI          ROSHAWNDA LATESE BROWN         Pgs   195-201
COUNT CLXVII         MARGARET T. MULLEN             Pgs   202-222
COUNT CLXVIII        ROBERT LEE MCGILL              Pgs   223-230
COUNT CLXIX          WARDELL BRITT VANBUREN         Pgs   231-241
COUNT CLXX           MARY K. KNUPP                  Pgs   242-248
COUNT CLXXI          THOMAS W MORRISON III          Pgs   249-255

Exhibit Q

| | | | |
|---|---|---|---|
| COUNT CLXXII | DAVID MITCHELL | Pgs | 1-21 |
| COUNT CLXXIII | MICHAEL ANDERSON | Pgs | 22-37 |
| COUNT CLXXIV | TOMMIE LEE MAY | Pgs | 38-50 |
| COUNT CLXXV | CHARLES EDWARD BEATTY | Pgs | 51-78 |
| COUNT CLXXVI | QUAID NIGEL CARR | Pgs | 79-87 |
| COUNT CLXXVII | JAMES ANTHONY DESGRO | Pgs | 88-108 |
| COUNT CLXXVIII | PATRICIA FORESMAN | Pgs | 109-117 |
| COUNT CLXXIX | GLENDA ANNETTE RODRIGUEZ | Pgs | 118-137 |
| COUNT CLXXX | DORIS JOHANNA | Pgs | 138-145 |
| COUNT CLXXXI | WILLIAM EVERETT DEFFENDALL | Pgs | 146-155 |
| COUNT CLXXXII | JEFFREY CUNNINGHAM | Pgs | 156-162 |

Exhibit R

| | | | |
|---|---|---|---|
| COUNT CLXXXIII | MICHAEL ANDERSON | Pgs | 1-46 |
| COUNT CLXXXIV | JUDITH CAROL LEONARD | Pgs | 47-63 |
| COUNT CLXXXV | FLORENCE CHALSSAINT | Pgs | 64-70 |
| COUNT CLXXXVI | KIMBERLY A LIOTTA | Pgs | 71-89 |
| COUNT CLXXXVII | ROGER PROVUS | Pgs | 90-96 |
| COUNT CLXXXVIII | FELIKS ODESSKY | Pgs | 97-111 |
| COUNT CLXXXIX | ESTER PALAU | Pgs | 112-133 |
| COUNT CXC | AUDREY BAROODY | Pgs | 134-156 |
| COUNT CXCI | CHARMAINE LATRICE DAVIS | Pgs | 157-195 |
| COUNT CXCII | PATSHAWNDRIA ANBRIA IVEY | Pgs | 196-233 |

Exhibit S

| | | | |
|---|---|---|---|
| COUNT CXCIV | ERNESTINE MILLER | Pgs | 1-22 |
| COUNT CXCV | ELAINE LILES | Pgs | 23-30 |
| COUNT CXCVI | KATIA RICO CANCINO | Pgs | 31-51 |
| COUNT CXCVII | GUADALUPE GUARIN | Pgs | 52-69 |
| COUNT CXCVIII | RAFAEL ARCANGEL PEREZ | Pgs | 70-116 |
| COUNT CXCIX | DORIS DAVILA | Pgs | 117-123 |
| COUNT CC | LARRY BERNARD EVANS | Pgs | 124-149 |
| COUNT CCI | EVELYN ORTIZ | Pgs | 150-161 |
| COUNT CCII | REBECCA ANN GREEN | Pgs | 162-172 |
| COUNT CCIII | JIMMY SALADRIGAS | Pgs | 173-179 |
| COUNT CCIV | RODRICK BURGESS | Pgs | 180-203 |
| COUNT CCV | DIANNE C. WORTHY | Pgs | 204-226 |
| COUNT CCVI | WILLIAM L. ROBINSON | Pgs | 225-238 |

Exhibit T

| | | | |
|---|---|---|---|
| COUNT CCVI | PAUL L. ABBOTT | Pgs | 1-7 |
| COUNT CCVIII | CLYDE BRENT ROBERTS | Pgs | 8-14 |
| COUNT CCIX | JORGE LUIS SANCHEZ | Pgs | 15-38 |
| COUNT CCX | JUAN GARCIA VALDEZ | Pgs | 39-49 |
| COUNT CCXI | FLORENCE A. FLEMMING | Pgs | 50-56 |
| COUNT CCXII | EMMA DEL-SOCORRO GARCIA | Pgs | 57-65 |
| COUNT CCXIII | JAMES DAVID EIKENBERRY | Pgs | 66-72 |
| COUNT CCXIV | IVONNE YANES | Pgs | 73-110 |
| COUNT CCXV | LAUBETTE A. YAEGER | Pgs | 111-117 |
| COUNT CCXVI | YARELYS TRUJILLO | Pgs | 118-134 |
| COUNT CCXVII | MARIA M. RODRIGUEZ | Pgs | 135-141 |
| COUNT CCXVIII | EDUARDO MANES | Pgs | 142-153 |
| COUNT CCXIX | JODY LYNN PRESS | Pgs | 154-160 |
| COUNT CCXX | MELINDA THEMM | Pgs | 161-176 |
| COUNT CCXXI | TRISTAN MICHAEL ARDREY | Pgs | 177-213 |
| COUNT CCXXII | ESPERANZA BULLARD | Pgs | 214-235 |

Exhibit U

| | | | |
|---|---|---|---|
| COUNT CCXXIII | JAMES ALVIN CLARK JR. | Pgs | 1-7 |
| COUNT CCXXIV | MARY ELIZABETH STREITZ | Pgs | 8-20 |
| COUNT CCXXV | ANGELA G. GREENMAN | Pgs | 21-31 |
| COUNT CCXXVI | MARION ELIZABETH ADAIR | Pgs | 32-52 |
| COUNT CCXXVII | BRENDA MATA JACKSON SANDERS | Pgs | 53-90 |
| COUNT CCXXVIII | JULIA ERNESTINE MACK | Pgs | 91-101 |
| COUNT CCXXIX | CHERNARD DUVAL | Pgs | 102-128 |

Exhibit V

| | | | |
|---|---|---|---|
| COUNT CCXXX | MARVA RICHARDSON | Pgs | 1-53 |
| COUNT CCXXXI | JEFFREY GREENBERG | Pgs | 54-65 |
| COUNT CCXXXII | REGINA YVETTE YOUNG | Pgs | 66-82 |
| COUNT CCXXXIII | CAMERAN AUSTIN JONES | Pgs | 83-92 |
| COUNT CCXXXIV | AMY B. HUFFMASTER | Pgs | 93-100 |
| COUNT CCXXXXV | SUSANNAH M. BULTRON CLAUDIO | Pgs | 101-149 |
| COUNT CCXXXVI | MARY RUTH HETZEL | Pgs | 150-159 |
| COUNT CCXXXVII | ANA H. BORRERO RIVERO | Pgs | 160-169 |
| COUNT CCXXXVIII | HERTA LUCY LAYTON | Pgs | 170-186 |
| COUNT CCXXXIX | ALPHONZO JENKINS | Pgs | 187-208 |

Exhibit W

| COUNT CCXL | EMELIA KATHLEEN MONZON | Pgs | 1-9 |
| COUNT CCXLI | LEAH D. GLASS | Pgs | 10-57 |
| COUNT CCXLII | DAVID GREEN | Pgs | 58-68 |
| COUNT CCXLIII | ALEXANDER GEORGE HARRINGTON | Pgs | 69-95 |
| COUNT CCXLIV | ROLAND M. DYER JR. | Pgs | 96-102 |
| COUNT CCXLV | ROBERT GIBSON | Pgs | 103-137 |
| COUNT CCXLVI | ANN L. PRIZZI | Pgs | 138-144 |
| COUNT CCXLVII | NANCY KELLEY | Pgs | 145-163 |
| COUNT CCXLVIII | WANDA DURON | Pgs | 164-184 |
| COUNT CCXLIX | JEFFERY JOHN KOENIG | Pgs | 185-197 |

Exhibit X

| COUNT CCL | CHARLES EUGENE JOHNSON | Pgs | 1-33 |
| COUNT CCLI | LINDA GATLIN | Pgs | 34-57 |
| COUNT CCLII | CARL EDWARD CHOICE | Pgs | 58-64 |
| COUNT CCLIII | TAMARA BROWN | Pgs | 65-75 |
| COUNT CCLIV | ALPHONSO CARTEZ GRESHAM | Pgs | 76-97 |
| COUNT CCLV | PAUL DUANE ROBINSON | Pgs | 98-104 |
| COUNT CCLVI | ASIM MENOMINI MCCLESTER | Pgs | 105-115 |
| COUNT CCLVII | PAMELA JEAN NEWTON | Pgs | 116-142 |
| COUNT CCLVIII | JAMES H. HOLMES | Pgs | 143-172 |
| COUNT CCLIX | MICHAEL DENNIS LONG | Pgs | 173-191 |
| COUNT CCLX | DAVID LAWRENCE CROUSE | Pgs | 192-215 |
| COUNT CCLXI | ANTHONY DESANTIS | Pgs | 216-222 |
| COUNT CCLXII | CHRISTOPHER R. SHIRMO | Pgs | 223-236 |

Exhibit Y

| COUNT CCLXIII | KEVIN A. MORRIS | Pgs | 1-19 |
| COUNT CCLXIV | CAROLE ANNE ROSS | Pgs | 20-26 |
| COUNT CCLXV | LINDA C. WILLIAMSON | Pgs | 27-35 |
| COUNT CCLXVI | JOHN ARVY BIRON | Pgs | 36-46 |
| COUNT CCLXVII | GAIL SYKES-HINDS | Pgs | 47-58 |
| COUNT CCLXVIII | JACOB RONNIE WILSON | Pgs | 59-71 |
| COUNT CCLXIX | FRED COURNOYER | Pgs | 72-97 |
| COUNT CCLXX | GRANT EVAN HOLZMAN | Pgs | 98-112 |
| COUNT CCLXXI | TERESA F. CAMM | Pgs | 113-135 |
| COUNT CCLXXII | SUSIE DENISE STEVENS | Pgs | 136-142 |
| COUNT CCLXXIII | ROBERT GRAVEL MASON | Pgs | 143-168 |
| COUNT CCLXXIV | ROBERT G. PRICE | Pgs | 169-204 |
| COUNT CCLXXV | MARIE A. CAMPANY | Pgs | 205-225 |

COUNT CCLXXVI          MARK ALAN SPENCELEY II          Pgs   226-232
COUNT CCLXXVII         WILLIAM J. BOWLES              Pgs   233-239
COUNT CCLXXVIII        DONNA LEE JOHNSON              Pgs   240-250

Exhibit Z1
COUNT CCLXXIX          LEONA GENEVA TABORS           Pgs   1-26
COUNT CCLXXX           WILLIAM RAY WALKER            Pgs   27-44
COUNT CCLXXXI          SONIA STRAUBEL                Pgs   45-60
COUNT CCLXXXII         EDGAR HERRERA                 Pgs   61-84
COUNT CCLXXXIII        ENRIQUE SANTIAGO              Pgs   85-113
COUNT CCLXXXIV         LATOYA T. LAWTON              Pgs   114-156
COUNT CCLXXXV          PATSY F. CHENNIS              Pgs   157-168
COUNT CCLXXXVI         JOANN M. WIGGINS              Pgs   169-184
COUNT CCLXXXVII        DWAN ANTIONETTE PRICE         Pgs   185-197
COUNT CCLXXXVIII       ODALYS BANEGAS                Pgs   198-207

Exhibit Z2
COUNT CCLXXXIX         JAMES CAMPBELL                Pgs   1-23
COUNT CCXC             JOHNNY MOSES                  Pgs   24-30
COUNT CCXCI            AUDREY L. MACK                Pgs   31-39
COUNT CCXCII           JENNIFER S. COOPER            Pgs   40-50
COUNT CCXCIII          ESSIE LEE ISOM                Pgs   51-57
COUNT CCXCIV           YOLANDA BRANDY                Pgs   58-64
COUNT CCXCV            LILIAN YOUNG                  Pgs   6574
COUNT CCXCVI           LYCRA SHARLAIN PITTS          Pgs   75-81
COUNT CCXCVII          SHARON JOHNSON                Pgs   82-107
COUNT CCXCVIII         JULIA JACKSON                 Pgs   108-124
COUNT CCXCIX           SUCRE A. JEREZ                Pgs   125-139
COUNT CCC              LEVON HARRIS JR.              Pgs   140-159